# John "Jack" Ryan

5235 Decatur Blvd
Indianapolis, Indiana  46241
Office (800) 365-0119
Cellular Phone: (401) 692-1555
FAX (317) 821-5096
Email:  jackryan2@cox.net

## EDUCATION

| | |
|---|---|
| 1990-1994 | Juris Doctorate, Cum Laude, Suffolk University Law School |
| 1986-1990 | Master of Science, Administration of Justice, Salve Regina University |
| 1981-1986 | Bachelor of Science, Administration of Justice, Roger Williams University |

## EMPLOYMENT

| | |
|---|---|
| 2002- | Police Practices Consultant, Trainer, Auditor |
| 2003- | Co-Director, Legal Liability Risk Management Institute |
| 1993-2002 | Adjunct Professor, Salve Regina University |

Administration of Justice Graduate Program
Courses:
- Constitutional Issues in Law Enforcement
- Police Civil Liability
- Juvenile Justice
- Mental Health Law
- Managing Police Organizations
- Business Crime
- Contemporary Issues in the Administration of Justice

| | |
|---|---|
| 1982-2002 | Police Officer, Providence Police Department |
| 1982-1985 | Patrol Officer, Patrol Division |
| 1985-1987 | Patrol Officer, Tactical Division |
| 1987-1988 | Detective, Detective Division |
| 1988-1992 | Sergeant, Patrol Division |
| 1992-1995 | Lieutenant, Patrol Division |
| 1995-2000 | Director of Training |
| 1995-2001 | Department Public Information Officer |
| 1997-2001 | Captain, Administrative Staff Division |
| 1998-2001 | Director of Administration |
| 2001-2002 | Research and Policy |

* As Director of Administration for the Providence Police Department-Supervisory
Responsibilities included:
- Administrative Staff
- Advisor to Chief of Police and Internal Affairs
- Fleet Operations
- Human Resource Bureau
- MIS
- Property/Evidence
- Prosecution Bureau
- Public Information Office
- Record Bureau
- Training Division

1



EXHIBIT

D-8

## PUBLICATIONS:

| | |
|---|---|
| 2013 | Law and Best Practices for Successful Police Operations, 12 High Risk Critical Tasks 3rd Edition |
| 2010 | Law and Best Practices for Successful Police Operations, 12 High Risk Critical Tasks 2nd Edition |
| 2008 | Recent Developments in the Use of Force, Excessive Force by Law Enforcement Touro Law Review, Vol. 24, Number 3 |
| 2008 | 25th Annual Section 1983 Civil Litigation, by Practicing Law Institute Video/Audio-The Unbiased Witnesses in Law Enforcement Litigation. Vol. 1, Section 8 |
| 2007 | Law and Best Practices for Successful Police Operations, 12 High Risk Critical Tasks That Impact Law Enforcement Operations and Create Exposure to Liability Litigation |
| 2006 | Legal & Liability Issues in SWAT, Emergency Response and Special Operations |
| 2006 | Law Enforcement Administrative Investigations, contributing author, Evidence Use and Control Chapter |
| 2005 | School Legal Update |
| 2005 | Critical Tasks in Law Enforcement, A Legal Guide for Officers and Supervisors (Annual) |
| 2005 | Arrest, Search & Seizure (Annual) |
| 2005 | Legal & Liability for Law Enforcement Negotiators |
| 2005 | Use of Force |
| 2004 | Law Enforcement Legal/Liability Update |
| 2003 | Civil Liability and Risk Management for Law Enforcement Agencies |
| 2003 | Case Law on Critical Tasks in Law Enforcement |
| 2003 | Legal Guide to Administrative Investigations |
| 2002 | Policy Development for Public Safety Agencies |
| 2001 | Legal and Liability Issues in Public Schools |
| 2000 | Rhode Island Law Enforcement Officers' Guide to Criminal Procedure |
| 2000 | Rhode Island Law Enforcement Officers' Bill of Rights, A Guide to Investigations and Hearings. |

## PUBLISHED ARTICLES:

| | |
|---|---|
| 2006 | Public Risk, Published by the Public Risk Management Association, January 2006, Vol. 21 No. 2 "A Continuing Story Taser Policies for Police Departments Continue to Evolve" pp. 14-17 |
| 2006 | Public Risk, Published by the Public Risk Management Association, March 2006, Vol. 21 No. 3 "Freeze" Off-Duty Firearms and Intervention: Avoiding Tragedy and Liability" pp. 16-18. |
| 2004 | Crime and Justice International May/June Vol. 20 No. 80 "High Speed Vehicle Pursuit" pp. 30-34; "Developing Trends in Stop & Frisk" p.35; "Fighting Words Directed at a Police Officer: Viability and Liability" pp.36-37 |
| 2004 | Crime and Justice International July/August Vol. 20 No. 81 "Law Enforcement Liability Issues-Agency or Individual Officer's Response to Misconduct by Others may Create Agency or Individual Liability" pp. 29-30. |
| 2004 | Public Risk, Published by the Public Risk Management Association, July 2004, Vol. 19 No. 6 "Handcuffs: How to Manage the Risk" pp.14-17. |
| 2003 | The Law Enforcement Trainer published by American Society of Law Enforcement Trainers, Volume 19, number 3 May/June "Training Liability In The Use Of Deadly Force" pp 24-28. |

\*\*\*   Note: Articles published electronically on a weekly basis and archived- available at www.patc.com

## AWARDS:

| | |
|---|---|
| 1999 | Salve Regina University, Alumnus, Distinguished Service Award |

CITY 96/

| | |
|---|---|
| 1994 | American Jurisprudence Award, Trial Practice |
| 1992 | American Jurisprudence Award, Constitutional Law |
| 1991 | Moot Court Outstanding Performance Award |

## LAW ENFORCEMENT ACHIEVEMENT AWARDS:

| | |
|---|---|
| 1996 | Chief's Award, Off-Duty Shooting in Progress Arrest |
| 1987 | City Council Award, Off-Duty Breaking and Entering Arrest |
| 1986 | Rhea Archambault (Officer of the Year) Award |
| 1982-2002 | Over 35 Letters of Commendation |

## CONFERENCE PRESENTATIONS/TRAINING SESSIONS:

| | |
|---|---|
| 2012 | Sheriff's Association New Sheriff's Conference Legal Update and Best Practices For Sheriffs. |
| 2012 | Texas Commission Law Enforcement Officer on Standards and Education annual conference for Texas Trainers/ "Legal Issues for Law Enforcement Trainers" |
| 2012 | Practicing Law Institute- "Mass Protest" 29th Annual Conference Section 1983 Civil Rights Litigation |
| 2009 | Continued training programs for Public Agency Training Council throughout the United States to include, Policy Development and Implementation, Arrest Search & Seizure, Use of Force, Civil Liability Issues, Liability Issues for Narcotics Officers, Legal Issues for Tactical Operations, Liability Issues in Public Schools and Internal Affairs |
| 2009 | Georgetown Law Center/Civil Rights Litigation,  Session 1 "Strip Searches in Jails," Session 2 "Tasers" |
| 2008 | Texas Commission on Law Enforcement Standards and Education "Liability Management for Law Enforcement Trainers |
| 2008 | Association of American Law Schools Annual Conference- "Law Enforcement Policy and Training/Use of Force & Pursuit in the Aftermath of Scott v. Harris" |
| 2007 | Continued training programs for Public Agency Training Council throughout the United States to include, Policy Development and Implementation, Arrest Search & Seizure, Use of Force, Civil Liability Issues, Liability Issues for Narcotics Officers, Legal Issues for Tactical Operations, Liability Issues in Public Schools and Internal Affairs |
| 2007 | Georgetown Law Center/Civil Rights Litigation: Session 1 "Law Enforcement Policy and Training in Use of Force" ; Session 2: "Law Enforcement- the ADA and Persons of Diminished Capacity." |
| 2007 | South Dakota Annual Conference for Chiefs and Sheriffs-"Legal Update on High Liability Issues in Law Enforcement" |
| 2007 | Pennsylvania Chiefs of Police-"Legal Update on High Liability Issues in Law Enforcement" |
| 2007 | International Municipal Lawyer's Association Annual Conference- "Garrity and the Administrative Interview" |
| 2007 | Practicing Law Institute- "Use of Force" 24th Annual Conference Section 1983 Civil Rights Litigation |
| 2007 | 25th Annual Section 1983 Civil Litigation, by Practicing Law Institute Video/Audio-The Unbiased Witnesses in Law Enforcement Litigation. Vol. 1, Section 8 |
| 2006 | Continued training programs for Public Agency Training Council throughout the United States to include, Policy Development and Implementation, Arrest Search & Seizure, Use of Force, Civil Liability Issues, Liability Issues for Narcotics Officers, Legal Issues for Tactical Operations, Liability Issues in Public Schools and Internal Affairs |
| 2006 | Georgetown Law Center/Civil Rights Litigation "Police Misconduct" §1983 |
| 2006 | National Internal Affairs Investigators Association Annual Conference, Gatlinburg Tennessee "Use of Force and the Internal Affairs Process" |
| 2006 | Georgia Bar Association "ICLE", Atlanta Georgia "Evaluating Police Liability Claims" |
| 2005 | Legal and Policy Issues in the Use of Force- throughout United States |
| 2005 | Georgetown Law Center/ Civil Rights Litigation "Less-Lethal Force" |

CITY 961

| | |
|---|---|
| 2005 | Arrest, Search & Seizure, and Questioning-throughout United States |
| 2005 | Civil Liability and Risk Management in Law Enforcement-throughout United States |
| 2005 | Internal Affairs/Administrative Investigations- throughout United States |
| 2005 | PRIMA National Conference-Milwaukee "Use of Force" and "Critical Tasks in Law Enforcement" |
| 2005 | National Sheriff's Association Annual Conference-Louisville "Legal Issues in Administrative Investigations" |
| 2005 | National Leagues of Cities and Towns (Risk Consortium)-Seattle "Identifying Contemporary Risks in Law Enforcement Liability" |
| 2004 | Legal and Liability Issues in Public Schools, throughout United States |
| 2004 | Policy Development for Law Enforcement Agencies, throughout United States |
| 2004 | Civil Liability and Risk Management for Law Enforcement Agencies, throughout United States |
| 2004 | Legal Issues in Narcotics Operations, throughout United States |
| 2004 | Critical Legal Tasks for Patrol Officers, Illinois Mobile Training Unit |
| 2004 | Georgetown Law Center/Civil Rights Litigation-§ 1983 |
| 2004 | Rhode Island Bar Association Conference- "Stop in the Name of the Law" |
| 2004 | Oklahoma Attorney General's Annual Conference "Policy Summit" Policy session for Police Executives |
| 2004 | Texas Commission Law Enforcement Officer on Standards and Education annual conference for Texas Trainers/ "Legal Issues for Law Enforcement Trainers" |
| 2003 | Legal and Liability Issues in Public Schools, throughout United States |
| 2003 | Policy Development for Law Enforcement Agencies, throughout United States |
| 2003 | Civil Liability and Risk Management for Law Enforcement Agencies, throughout United States |
| 2003 | Advanced Internal Affairs, Myrtle Beach, SC, Las Vegas, NV. |
| 2003 | Georgetown Law Center/Civil Rights Litigation-§1983 |
| 2003 | Georgia Internal Affairs Investigators Annual Conference |
| 2003 | Tennessee Chiefs' Association Conference Training |
| 2003 | Alaska Chiefs' Association/FBINAA Executive Development Conference |
| 2003 | Office of Corporation Counsel/Metropolitan Police, Washington D.C. |
| 2003 | International Law Enforcement Educators and Trainers Association Annual Conference/Chicago "Trainers and Use of Force Liability" |
| 2002 | Legal and Liability Issues in Public Schools, throughout the United States |
| 2002 | Policy Development for Public Safety Agencies, throughout the United States |
| 2002 | International Association of Law Enforcement Planners National Conference |
| 2002 | National Internal Affairs Investigators Association National Conference |
| 2001 | Legal Issues in Use of Force Seminar, Salve Regina University |
| 2001 | Advanced Internal Affairs Seminar, Las Vegas |
| 2000 | Police Misconduct/Racial Profiling, Georgetown University Law Center |
| 2000 | International Crime Prevention, University of Warwick, UK. |
| 2000 | Criminal Procedure Update Seminar, Salve Regina University |
| 1999 | Law Enforcement Officers' Bill of Rights Seminar, Salve Regina University |
| 1998 | Police Media Relations Seminar, Salve Regina University |
| 1997 | Police Civil Liability Seminar, Salve Regina University |
| 1995 | Basic Training for Detectives, Rhode Island State Police |
| 1993 | Search and Seizure in Schools, Rhode Island Legal/Educational Partnership |

**CURRICULUM DEVELOPMENT:**

| | |
|---|---|
| 2005 | Jail Liability Issues |
| 2005 | Arrest, Search & Seizure, and Questioning |
| 2004 | Legal Issues/ Case Law Update for Narcotics Investigators |
| 2004 | Legal and Liability Issues for Tactical Commanders |
| 2004 | Investigation of Officer Involved Shootings |
| 2003 | Legal Issues in Administrative Investigations |
| 2003 | Civil Liability and Risk Management for Law Enforcement Agencies |

CITY 966

2002    Policy and Procedure for Law Enforcement Agencies
2002    Legal and Liability Issues in Public Schools
1993    Graduate Course, Police Civil Liability
1993    Providence Police Academy Entry-Level, 22 Week Program Revamp

**SPECIALIZED LAW ENFORCEMENT TRAINING**

Law Enforcement Instructor Development, Federal Bureau of Investigation
Advanced Tactical Management, Prince William County Criminal Justice Academy
Emergency Services Media Relations, Old Dominion University
Rights of Police Officers, Labor Relations Information System
High Performance Police Management, Police Management Association
Crime Prevention for Administrators, National Crime Prevention Institute
Effective Speaking and Human Relations, Dale Carnegie Inc.

**PROFESSIONAL AFFILIATIONS:**

Rhode Island Bar Association
Fraternal Order of Police
Providence Police Association
International Municipal Lawyers Association

**ADMITTED TO PRACTICE OF LAW:**

State of Rhode Island, November 1994
District of Rhode Island Federal Court, June 1995

**VOLUNTEER ORGANIZATIONS:**

Northern Rhode Island Vikings Junior Hockey Association, President 2002-2004
Northern Rhode Island Vikings Junior Hockey Association, Board Member 1998-2003

**CASE CONSULTATIONS:**

June 2002: Estate of Weibel, New Hampshire, Retained (Plaintiff)
December 2002: McGowan v. Siomos, CA NO. 00-40113-NMG (Mass. Fed. Dist. Ct.) (Testimony) (Plaintiff)
June 2003: Parker v. Swansea et al., CA NO. 01-10063NG,( Mass. Fed. Dist. Ct.) (Testimony) (Plaintiff)
July 2003: Gilbert v. Atkinson et al., CA NO. 1:03-CV-108-3 (GA. Fed Dist. Ct. Middle Dist.) (Retained) (Defendant)
October 2003: Neal v. Pinellas County et al., CA NO. 8:03-CV-247-T-17MAP (Fla. Fed Dist. Ct. Tampa Div.)  (Retained) (Defendant)
December 2003: Hickey v. NYPD et al., (N.Y. Fed. Dist. Southern) (Deposed) (Plaintiff)
December 2003: Mills v. Merrimack et al., Index # 01CV6506 (N.H. Fed. Dist. Ct.) (Retained) (Plaintiff)
March 2004: Richman v. City of Anacortes, NO. C03-2559 (Washington Fed. Dist. Ct. Western Dist. At Seattle) (Retained) (Defendant)
July 2004: Brown v. City of McDonough GA. Et al., NO. 1 03 CV 2699 (GA. Fed. Dist. Ct. Northern District, Atlanta Division) (Deposed) (Defendant)
May 2005: Graham v. Bennett et. al. No. 04-2136, (Ill. Fed Dist. Central Dist. Urbana). (Retained) (Defendant)
June 2005: Taylor v. Ohio State Patrol, No. 2004-07891 (Court of Claims Ohio) (Testimony) (Defendant)
July 2005: Reis v. Delaware Port Authority, No. CAM-L-4988-03 (Superior Court of New Jersey) (Retained) (Defendant)
July 2005: Schneider v. Franklin County Ohio (Deposed) (Plaintiff)
August 2005: White v. Nault, CIVIL ACTION NO.3:02CV1589 (WWE) (Retained) (Plaintiff)

5

September 2005: Kesser v. City of Miami, Case No. 04-22608 CIV Jordan/Brown (U.S. Dist. Ct. Southern District of Florida) (Retained) (Defendant)

November 2005: Aroneo v. Ferraioli, Morris County Police, Docket No. MRS-L-1946-03 (Superior Court of New Jersey Law Division: Morris County (Retained) (Defendant)

January 2006: Atwood v. Nieliwocki et al., Civil Action No.3:05CV-0248 (JBA) (Connecticut Federal District Court) (Testimony) (Plaintiff)

January 2006: O'Brien v. City of Pembroke Pines, et al., (Deposed) (Defendant)

February 2006: In the Matter of Detective Cooke, Disciplinary Hearing, Sheridan Wyoming. (Testimony) (City).

April 2006: Martin v. Kent, (Case No. : 24-C-05-005960) Circuit Court for Baltimore City (Retained) (Defendant).

April 2006: Matter of Reyes, Georgia (Defendant)

May 2006: Ripley v. City of Lake City, Florida, (Deposed) (Defendant), Civil Action NO: 3:04-cv-1328-J-16MCR

May 2006: Torres v. Love, (Deposed) (Plaintiff) U.S. District Court, District of New Jersey, Civil Action NO. 04-cv-2233 (FLW)

May 2006: Olson v. Pelkey, (Retained) (Plaintiff) U.S. District Court, District of Minnesota, Case No. 05-1189 MJD/FLN

June 2006: Williams v. City of Champaign, (Retained) (Defendant) U.S. District Court, Central District of Illinois Case No. 04-2150

July 2006: Conn v. City of Reno, (Retained) (Defendant) U.S. District Court, District of Nevada Case No. CV-N-05-0595-HDM-VPC

September 2006: Parker v. City of South Portland, (Testimony) (Plaintiff), U.S. District Court, Maine, Case No. CV-06-129-GZS

October 2006: MP & Patel et al., v. City of Spartanburg (Deposed) (Testimony)

October 2006: Estate of Brutsche et al. v. King County et al., (Retained) (Plaintiff) United States District Court, Western District of Washington/Seattle, Case No. CV05-15382

October 2006: Sharp v. Fischer et al., (Deposed) (Defendants), U.S. District Court, Southern District of Georgia/Savannah, Case No. CV406-020

October 2006: Meir v. McCormick, (Testimony) (Plaintiff), U.S. District Court, Minnesota, Case No. 06-190 (ADM/JSM)

October 2006: Montiel v. Liepold, (Testimony) (Plaintiff), U.S. District Court, Minnesota, Case.No. 06-331 (JNE/JJG)

December 2006: Banks v. City of Hampton, (Retained) (Defendant), Clayton County Superior Court, GA.

December 2006: Ecxford v. City of Zion, et al., (Deposed), (Defendant), Circuit Court of Illinois, Lake County, No. 05 L 855

January 2007: State of New Jersey v. Gillespie, (Testimony), (Defendant), Superior Court Gloucester County, Indictment 06-0300268

January 2007: Estate of Joseph Kovack v. City of Philadelphia, U.S. District Court for the Eastern District of Pennsylvania

March 2007: Rauen/Hartman v. City of Miami, (Retained) (Defendant), U.S. District Court, Southern Dist. Florida, CA No. 06-21182-CIV-JORDAN

March 2007: Bryan v. Las Vegas Metropolitan Police Department, (Deposed) (Defendant), U.S. District Court, District of Nevada, Case No. 2:06-cv-1103-KJD-PAL

March 2007:  Estate of Cruz v. City of Camden, et al, CA No. 06-cv-1809; Agosto v. City of Camden et al, CAM-L-5454-06; Roman-Santiago v. City of Camden, CAM-L-5458-06 (Retained) (Defense) (New Jersey State Court) [Same Event-three filings]

March 2007: Wilson v. City of College Park, CA No. 2007EV001667B (Deposed) (Defense) (Georgia State Court)

April 2007: Johnson v. Tousignant, U.S. Dist. Of Vermont, CA 1:06- cv-128 (Retained) (Defense)

March 2007: Lee v. City of Franklin, U.S. Dist., Northern Dist. GA., CA 3:06-CV-127-JTC (Retained) (Defense)

6

May 2007: Rider et al v. City of Oakland et al., U.S. Dist. Northern Dist. CA., CA. No. C-05-03204-MHP (Retained) (Plaintiff)

May 2007: Carangelo v. Sliders et al., Superior Court of Connecticut, No. 04-183054 S (Testimony) (Plaintiff)

June 2007: Andrews v. City of Douglasville, Superior Court of Douglas County, GA., CA. No. 07CV00558 (Retained) (Defense)

June 2007: Navratil v. Johnson, U.S. Dist. Minnesota, CA. No. 06-2613-ADM-AJB (Retained) (Plaintiff)

June 2007: Baker v. Harper, et al., U.S. Dist. GA., CA. No. 1:06-CV-1421 (Deposed) (Defense)

July 2007: Krout v. City of Russellville, U.S. Dist. (Eastern Dist./Western Division) Arkansas, CA. No. 4-06-CV-01294 JLH (Deposed) (Defense)

July 2007:  Town v. Thelen, U.S. Dist. Minnesota, CA. No. 06-3113 PAM/RLE (Retained) (Plaintiff)

July 2007: Wade v. Colaner, U.S. Dist., New Jersey, CA. No. 06-3715 (Testimony) (Defense)

July 2007: Marshall v. Reno Police Department et al., U.S. Dist. Nevada, CA. No. 3:07-cv-00222-ECR-RAM (Retained) (Defense)

August 2007: Myers v. City of Orangeville (Testimony) (Defense)

November 2007: Stockton v.Auren et al., U.S. Dist. Minnesota, CA. No. 07-556 (JRT/FLN) (Retained) (Plaintiff)

December 2007: Cundiff v. Postel, U.S. Dist. E.D. Tennessee, C.A. No. 3:06-CV-437 (Retained) (Defense)

December 2007: Scott v. Town of Brattleboro, U. S. District Court District of Vermont, C.A. No. 1:07-cv-233-jgm (Retained) (Defense)

January 2008: England v. LVMPD, et al, U. S. District Court District of Nevada, CA No. 2:07-cv-01238-PMP-GWF (Testimony) (Defense)

January 2008: Estate of Peyton Strickland v. New Hanover County Sheriff's Dept (Retained) (Defense)

January 2008: Taylor, et al v Deputy Scott Wood, et al (Retained) (Defense)

January 2008: Costales v White, et al, U. S. District Court District of New Mexico, CA No.07-CV-00827(Retained) (Defense)

February 2008: Saiz v Bernalillo County, et al, U. S. District Court District of New Mexico, CIV 07 790 JAP/LFG (Testimony) (Defense)

February 2008: Mahoney v Miller, U. S. District Court District of Minnesota, Case No. 07-CV-1851 (JNE/SRN), (Retained) (Plaintiff)

February 2008: Hoke v Municipal City of Tempe, AZ, Superior Court of the State of Arizona in and for the County of Maricopa, CV2007-052506 (Retained) (Defense)

February 2008: Smith v LVMPD, U. S. District Court District of Nevada, 2:07-cv-1194-JCM (GWF) (Retained) (Defense)

March 2008: Williamson v Grant, et al, U. S. District Court, District of Maryland, Baltimore, CA No.: CCB-07-CV1147, (Retained) (Defense)

April 2008: Crowell & Kilmurray v Kirkpatrick, U.S. District Court District of Vermont, 2:2008cv00055, (Retained) (Defense)

April 2008: Liddy, et al. v. City of Los Angeles, California District Court, 2:2005cv05697, (Retained) (Defense)

April 2008: Michael Ross v. The City of Las Cruces, et al., District Court Dona Ana, New Mexico, No.CV-2007-1688, (Testimony) (Defense)

April 2008:Ahmed Ahqeirat, et al. U.S. Airways Group, Inc., et al. U.S. Court District of Minnesota,  No. 07-CV01513 (ADM/AJB) (Retained) (Defense)

April 2008: Paul Wayne, et al. v. Bernalillo County, et al. US District Court for the District Court of New Mexico, No. CIV-07-1255 BB/RLP, (Retained) (Defense)

April 2008: Boria v. Bowers, et al, U.S. District Court for the Eastern District of Pennsylvania, No.06-4384, (Retained) (Defense)

April 2008: Walker v. Las Vegas Metro Police Department, U.S. District Court District of Nevada, No.2:07-cv-00740-PMP-LRL, (Retained) (Defense)

CITY 068

June 2008: Kasilyan v. Las Vegas Metro Police Department, U.S. District Court For the District of Nevada, Case No. 2:08-CV216-PMP-RJJ, (Retained) (Defense)

July 2008: Jeffery Keating, et al. v. City of Fort Lauderdale, et al. U.S. District Court for the Southern District Of Florida Miami Division, Case No.07-CV-23005-MARTINEZ/Brown, (Retained) (Defense)

July 2008: Jeffery Keating, et al. v. City of Miami, et al. U.S. District Court for the Southern District Of Florida Miami Division, Case No.07-CV-23005-MARTINEZ/Brown, (Retained) (Defense)

July 2008: Kiri Walker, et al., v. Marshallville, Georgia, et al., U.S. District Court Middle District of Georgia Macon Division, No.5:07-CV-476-CAR (Retained) (Defense)

September 2008: State Of New Jersey v. David Romeo, Superior Court of New Jersey Cape May County Law Division, Indictment No. 08-08-00654-1(Testimony) (Defense)

September 2008: Ronald T. Whitaker v. Springettsbury Township, US District Court For The Middle District OF Pennsylvania, No. 08-627(Retained) (Defense)

October 2008: Keating v. Broward Sheriff Al Lamberti and John Brooks, et al. U.S. District Court Southern District of Florida Case No. 07-23005-CIV-MARTINEZ/BROWN (Retained) (Defense)

October 2008: Unseld Nance, Sr., et al., v. Erik Sammis, et al., U.S. District Court Eastern District of Arkansas, Case No. 3:07CV00119 BSM (Testimony) (Defense)

October 2008: George Spicka v. Corporal Stewart, et al., Circuit Court for Baltimore City, Case No. 24-C-07-009474 OT (Retained) (Defense)

October 2008: Nicholas Goblirsch v. Jay Castonguay, et al. U.S. District Court For The District of Minnesota, Case No. 08-CV-764 RHK/JJK (Retained) (Plaintiff)

October 2008: AFL-CIO, et al. v. City of Miami, et al., U.S. District Court Case No. 07-22966-Civ-Ungaro (Retained) (Defense)

October 2008: Cara Jennings, et al. v. City of Miami, et al. U.S. District Court, Case No. 07-23008-Civ-Martinez (Retained) (Defense)

October 2008: George Griffin, Jr., v. City of Rutland, and Edward Dumas, U.S. District Court, Rutland Superior Court, Docket No. 658-8-08 Rdcv(Retained) (Defense)

October 2008: Kevin Farnan v. Eric Howley, Brian E. Turner, Scott E. Gaboury, Jason Noblet and Unnamed Law Enforcement Officers, Bennington Superior Court, Vermont No. 287-8-08Bncv(Retained) (Defense)

November 2008: Kevin Cobbs and Marlana Fichtner v. David Clements and Ethan Thibault, Vermont District Court No. 5941-11-05 Cncr (Retained)(Defense)

November 2008: Linda Davis v. Christopher Lora, U.S. District Court For The District of Vermont, Civil Case No.2:07-cv-00248-wks (Retained) (Defense)

November 2008: William Enos v. Richard King, U.S District Court For The District of Vermont, Civil Case No.2.08-cv-208 (Retained) (Defense)

December 2008: Natividad Hernandez v. City of North Miami Beach, FL, U.S. District Court For The Southern District Of Florida Miami Division (Retained) (Defense)

December 2008: Sandria Lewis v. Brandon Thomason and City of Rockport, AR, U.S. District Western District of Arkansas Hot Springs Division (Testimony) (Defense)

February 2009: Lois Alvarado v. Rene Rivera, et al., U.S. District of New Mexico, Case No. CV 08-1116 RLP/ACT (Retained) (Defense)

February 2009: Darwin Gerdes v. Ron Myers, et al., U.S. District Court District of Minnesota, Case 0:08-cv-00557-MJD-RLE (Retained) (Plaintiff)

February 2009: Betty D. Golden v. City of Centerville, et al., U.S. Superior Court of Bibb County, Georgia, Civil Action No. 07-CV-46648 (Retained) (Defense)

March 2009: Jennifer Setters v. City of Wasilla, Wasilla Police Department, et al. U.S. District Court for the District of Alaska, Case No.:3AN-0808743CI (Retained) (Defense)

April 2009: Eldridge Chatman v. Craig Taylor, U.S. District Court District of Minnesota, Case No. 08CV 6097 RHKIFLN (Retained) (Plaintiff)

April 2009: Anthony Bevis v. City of Sandy Springs, et al., State Court of Fulton County State of Georgia Civil Action No. 2008EV006230C (Deposed) (Defense)

May 2009: James Needham v. Tony Petrie and Beltrami County, U.S. District Court For The District of Minnesota, Case No. 08-CV-5389 (MJD-RLE) (Retained) (Plaintiff)

8

CITY 970

June 2009: Gary King, Jr. v. City of Oakland, U.S. District Court Northern District Of California, No. C-082394 SBA (Retained) (Plaintiffs)

June 2009: Richard Allen Perez, Jr., v. City of Henderson, et al., U.S. District Court District of Nevada, Case No. 2:09-cv-00453-JCM-LRL (Retained) (Defense)

June 2009: Juanita L. Estrada v. The City of Las Cruces, U.S. District Court For The District Of New Mexico, No. CIV 09-10/RBCG (Retained) (Defense)

July 2009: The Estate of Leeroy Hickman, Jr. v. Blount County, Tennessee et al, In The Circuit Court For Blount County, Tennessee, No. L-16557 (Deposed) (Defense)

July 2009: Claude Zain McCollum v. Rodney Bahl et al. U.S. District Court For The Western District Of Michigan, Southern Division, Case No. 08-cv-00096 (Retained) (Defense)

July 2009: Margaret Geier v. Butler County, Ohio, et al., Court of Common Pleas Hamilton County Ohio, Case No. A0807995 (Deposed) (Defense)

July 2009: Georgina Colmenero v. County of Bernalillo, U.S. District Court for The District Of New Mexico, 2008-CV-1112LH/LFG (Retained) (Defense)

July 2009: Dennis Sisneros v. County of Bernalillo, U.S. District Court For The District Of New Mexico, No. 1:09 CV-00213-JB-ACT  (Testimony) (Defense)

September 2009: Carol Ann George v. The County of Santa Barbara, et al, U.S. District Court, Central District of California, Case No. CV09-2258CBM (AGRx) (Deposed) (Defense)

September 2009: Tracy Grant Administratrix of the Estate of Randall Pagano v. Township of Bristol, et al., U.S. District Court for The Eastern District Of Pennsylvania, Case No. 09 1580 (Retained) (Defense)

October 2009: Jamie Mercer Handy v. Charter Township of Raisin, et al, U.S. District Court, Case No. 2:09-cv-10118 (Retained) (Defense)

November 2009: Rene Mader-Font, et al. v. M. Rael, U.S. District Court for the District of New Mexico, CV-2009-517 (Retained) (Defense)

November 2009: Timothy M. Andozola v. Chris Romero, The County of Bernalillo, et al. U.S. District Court For The District of New Mexico, CIV-09471 ACT/RHS (Retained) (Defense)

November 2009: Jeff Gillman v. Douglas Schlagetter, et al. U.S. District Court Southern District Of Ohio Western Division at Dayton, Case No. 3:08-cv-0454 (Retained) (Defense)

November 2009: Toni Hayes, as Conservator of Tony Tillman, et al. v. City of Taylor, et al. Circuit Court  of the County of Wayne, Michigan, Civil Action No. 08-015958-NI (Deposed) (Defense)

November 2009: Karim El-Ghazzawy v. Kay Berthiaume, et al. U.S. District Court District of Minnesota Civil Case No. 09-CV-372 (RHK/AJB) (Retained) (Plaintiff)

December 2009: Joshua Bailey, et al. v. DeKalb County, et al. DeKalb County State Court, Civil Action File No. 08A94489-3 (Deposed) (Defense)

January 2010: Samuel Mullet, et al. v. Jefferson County Sheriff's Department, et al. U.S. District Court, S.D of Ohio, Eastern Division, Case No. 2:08-cv-857(Retained) (Defense)

February 2010: Estate of Anthony "Tony" Forgione, et al. v. Fort Walton Medical Center, Inc., et al. Circuit Court Of The First Judicial Circuit In And For Okaloosa County, Florida, Case No. 09-CA-2700-S-TR (Deposed) (Defense)

March 2010: Eugenia Elliott v. City of Jeffersontown, et al., Jefferson Circuit Court, Case No. 09-CI-06610 (Retained) (Defense)

March 2010: Angelicka Serna v. Bernalillo County, et al., U.S. District Court For The District Of New Mexico, No.: CIV 09-1061 WPL/WDS (Retained) (Defense)

March 2010: Candice N. Dempsey, et al., v. City of, et al., U.S. District Court Eastern District of Kentucky Central Division at Frankfort, Civil Action No. 3:09-CV-00033-DCR (Deposed) (Defense)

March 2010: James Gray v. Village of Middleport, et al., U.S. District Court Southern District Of Ohio Eastern Division, Case No. 2:09-cv-00868 (Retained) (Defense)

CITY 971

March 2010: Myron Williams (Est. Of Brenda Williams) v. City of Scranton, et al., U.S. District Court For The Middle District Of Pennsylvania, No. 3:10-CV-388 (Retained) (Defense)

April 2010: Cosetta R. Morris v. Adam Bailey, acting in his individual capacity as a St. Paul Police Officer, U.S. District Court District of Minnesota, Case No. 09-1060 (ADM/AJB) (Retained) (Plaintiff)

April 2010: Noel Armstrong III v. Det. Sgt. Victor J. Sherman, et al., U.S. District Court for the District of New Jersey Camden Vicinage, Civil Action No.:09cv716(AET) (Testimony) (Defense)

May 2010: Sarah Harris, et al., v. King County, Pierce County Superior Court, Washington, No: 10-2-05484-2 (Deposed) (Defense)

May 2010: Hui Qin Deng/Daechull Chung v. LVMPD et al., US District Court District Of Nevada, Case 2:10-cv-00277-PMP-RJJ (Testimony) (Defense)

May 2010: Susan Zeller v. NJ State Police, et al., Superior Court Of New Jersey, Docket no. MON-L-5972-07 (Retained) (Defense)

June 2010: Jill Ann Kelly v. Jon Napper, et al., U.S. District Court District Of Minnesota, Case No. 0:09-CV-2791 (JRT/FLN) (Deposed) (Plaintiff)

June 2010: Rosemarie Maines v. City of McDonough, Georgia, et al., U.S. District Court Northern District Of Georgia Atlanta Division, Civil Action No. 1:09-CV-3559-WSD (Retained) (Defense)

August 2010: Ronald Romero v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No. 2:10-cv-00537 (Retained) (Defense)

August 2010: Erika Hall as Guardian of the person and property of Charles E. Hall v. City of Aventura, et al., In The Circuit Court Of The Eleventh Judicial Circuit In and For Miami-Dade County, Florida, Case No. F09-25476A (Retained) (Defense)

August 2010: John Sorensen v. David McLaughlin, U.S. District Court for the District of Minnesota, Case No. 09-cv-02842 JRT/JJK (Retained) (Plaintiff)

September 2010: Jeffery Steven Scheib v. Gregory Boderck, Individually; James Berrong, Individually; and Blount County, Tennessee, U.S. District Court For The Eastern District Of Tennessee At Knoxville, No. 3:07-cv-446 (Retained) (Defense)

October 2010: Patrick Reid v. Felix Valdez, et al., U.S. District Court for the District of New Mexico, No. CV-10-335 BB/ACT (Retained) (Defense)

October 2010: David Twedt v. Adam Dupic and the City of Canton, U.S. District Court District of South Dakota Southern Division, CIV. 10-4028 (Testimony) (Defense)

November 2010: Raymond Castillo v. City of Oakland and Officer Bryant Ocampo, U.S. District Court Northern District of California, Case No. C09-04679 PJH (Deposed) (Plaintiff)

November 2010: Estate of John R. Baptie, et al., v. Jonathan Bruno,  et al., State of Vermont Rutland County, Superior Court, Docket No. 235-3-09 Rdcv (Retained) (Defense)

December 2010:Charlene DeFreese and Emil Mann, Jr., et al. v. Chad Walder, et al., Superior Court of New Jersey Law Division Bergen County, Case No. BER-L-283-07 (Testimony) (Defense)

January 2011: Rosie Chatt and Dewayne Chatt, Jr, Individually and as Co-Administrators in the Estate of Dewayne Chatt, Sr., deceased, v. City of West Memphis, Arkansas, et al., U.S. District Court Eastern District of Arkansas, Jonesboro Division, Case No. 3:10-cv-0119 SWW (Retained) (Defense)

January 2011: Wanda Johnson, Oscar J. Grant III, et al. v. Bay Area Rapid Transit District, et al., U. S. District Court Northern District of California, Case No. C09-00901 MHP (Testimony) Plaintiff)

February 2011: Richard Greenberg v. New Jersey State Police, et al., Superior Court of New Jersey Law Division, Burlington County, Docket No. BUR-L-552-09 (Retained) (Defense)

March 2011: LaShonda Fentress, et al., v. Brandon Lee Jessie, City of Radcliff Samuel Taylor, et al., Hardin Circuit Court, Civil Action Number 10-CI-02747 (Deposed) (Defense)

10

CITY 97

March 2011: Delia Hernandez et al., v. Manuel (Manny) Frais, Isaiah Baker, John and Jane Does I-IV, City of Las Cruces, et al., U.S. District Court for the District of New Mexico, No. CIV 2010-351 JB/GBW (Retained) (Defense)

April 2011: Lennie J. Bushey v. City of Burlington Police Department, et al., U.S. District Court for the District of Vermont, Civil Case No. 2:09-cv-232 (Retained) (Defense)

April 2011: Kristina Wildeveld-Coneh v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No.2:10cv983-RLH-PAL (Retained) (Defense)

April 2011: Kelley S. O'Brien v. Robert Barrows, et al., U.S. District Court for the District of Vermont, Civil Case No. 1:10-cv-173 (Retained) (Defense)

May 2011: Denise Brown v. Sate of New Jersey, et al., Superior Court of New Jersey Cumberland County Law Division, Docket No: CUM-L674-09 (Testimony) (Defense)

May 2011: Efrain Velasquez, et al., v. City of El Paso, et al., In the US District Court for the Western District, Cause No: EP 10 CV 0457(Retained) (Defense)

June 2011: Fletcher DeWolf II, v. Sgt. Michael F. Lewis, individually and officially, and Town of Bristol., U.S. District Court for the District of New Hampshire, Civil Action No. CV:2009 (Retained) (Defense)

June 2011: Garressa Smith, et al., v. City of Camden, et al., US District court for the District of New Jersey Camden Vicinage, Case No.1:08-cv-04417-JEI-KMW (Retained) (Defense)

June 2011: Lucia Guerrero, et al., v. City of El Paso, et al., In the US District Court for the Western District, Cause No. EP-11CV-0101(Retained) (Defense)

July 2011: Elizabeth Ivy v. John "Jack" O'Connor, Trevor Whipple, South Burlington Police Department & City of South Burlington, U.S District Court in Burlington, Vermont., Civil Case No. 5:11-cv-00162 (Retained) (Defense)

July 2011: Daniel White v. Castle, Ruffner, Robinson, Town of Quantico, U.S. District Court, Eastern District of Virginia, Alexandria Division, Case No. 1:11-cv-00316-AJT-IDD (Retained) (Defense)

August 2011: Roque Dominguez v. City of Harvey, et al., In the Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2008 L 000931 (Deposed) (Defense)

August 2011: Perry Tucker, et al. v. Salt Lake City Corp., U.S. District Court for the District of Utah, Central Division, Case No. 2:11-cv-00252-SA (Retained) (Defense)

August 2011: Curtis Shafer v. City of Boulder City, et al,. U. S. District Court for the District of Nevada, Case No. 2:10-cv-02228-KJD-GWF (Retained) (Defense)

August 2011: Jeffrey Moldowan v. City of Warren, et al., U.S. District Court Eastern District of Michigan, Case No. 1:08-cv-289 JL (Retained) (Defense)

August 2011: Christopher Van Vorst v. New Jersey State Police et al., U.S. District Court for the District of New Jersey, Civil Action No. 3:10-CV-03926-AET-DEA (Retained) (Defense)

August 2011: State of New Jersey v. Kevin Still, et al., Indictment No. 09-07-00616-IA (Testimony) (Defense)

August 2011: Kevin Garcia v. State of New Jersey, et al., Superior Court of New Jersey Law Division, Morris County, Doc. No. MRS-L-003676-10 (Retained) (Defense)

September 2011: Amber Becker v. City of Henderson, et al., U.S. District Court District of Nevada, Case No. 2:10-cv-00274 (Retained) (Defense)

September 2011: Amelia Eberle v. Bernalillo County, et al. U.S. District Court for the District of New Mexico, Case No. 11-cv141 KMB/WDS (Deposed) (Defense)

October 2011: Micke Craft v. City of East Peoria, et al., U.S. District Court For The Central District of Illinois Peoria Division, Case No. 10 c 1404 (Retained) (Defense)

October 2011: Antoinette Bennett-Jones v. Scott R Graham and Town of Williston, U.S. District Court District of Vermont, Case Number: 5:11-CV-00151 (Retained) (Defense)

October 2011: Lena Williams v. Jeffrey Deal, et al. U.S. District Court Southern District of Georgia Dublin Division, Civil Action No.: 3:11-cv-00061-DHB-WLB (Retained) (Defense)

CITY 973

November 2011: Ralph Eldridge v. City of Warren, et al., U.S. District Court Eastern District of Michigan Southern Division, Case No.: 2:10-cv12893-JAC-PJK (Retained) (Defense)

November 2011: Gerry Hummell, et al., v. The City of Las Cruces, et al., U.S. District Court for the District of New Mexico, Case 1:11-cv-00765 (Testimony) (Defense)

November 2011: Deidre L. Crabtree, et al., v. Timothy Cotril., et al., U.S. District Court for the Southern District of Ohio Eastern Division, Case No.: 2:11CV0028 (Retained) (Defense)

November 2011: Katherine Marie Liend v. Bradley Allen, U.S. District Court District of Minnesota, Case No. 11-cv-256(JNE/JSM) (Retained) (Plaintiff)

November 2011: Lucia Esmeralda Oporto, et al., v. The City of El Paso, Texas, et al., U.S. District Court for the Western District of Texas El Paso Division, Case No. EP-10-CV-0110(KC) (Retained) (Defense)

November 2011: Carol Plummer, et al., v. William Lake, et. al., Commonwealth of Kentucky 13th Judicial District Garrard Circuit Court, Civil Action No. 09-CI-00450 (Retained) (Defense)

November 2011: Larry Smith as Trustee for the Heirs and Next of Kin of David Cornelius Smith v. Timothy Gorman and Timothy Callahan and the City of Minneapolis, U.S. District Court District Of Minnesota, Civil No. 11-CV-03071 (SRN/JJK) (Retained) (Plaintiff)

November 2011: Evie Oquendo, et al., v. Las Vegas Metropolitan Police Department, et al, U.S. District Court District of Nevada, Case No. 2:11-cv-00698-RCJ-PAL (Retained) (Defense)

November 2011: Terry Stadler, et al. v. The City of Phoenix, et al. U.S. District Court for the District of Arizona, Case No. CV10-1072-PHX-SRB (Deposed) (Defense)

December 2011: David Maxson v. Zane Seipler, et al., U.S. District Court Northern District of Illinois, Case No.: 07-CV-05197 (Deposed) (Defense)

December 2011: Stephen Torres v. City of Albuquerque, et al., Second Judicial District County of Bernalillo State of New Mexico, No. CV 2011-06551 (Retained) (Defense)

January 2012: William Spiess et al., v. Pocono Mountain Regional Police Department et al., U.S. District Court Middle District of Pennsylvania, No. 3:CV-10-0287 (Retained) (Defense)

January 2012: Maryann Simonelli v. Mt. Snow LTD, et al., State of Vermont Windham County, SS Windham District Court, Docket No. 403-4-10 Wmcr (Retained) (Defense)

February 2012: Ginger Katenmoyer v. Camden Police Department, et al., U.S. District Court of the District of New Jersey, Civil Action No. 08-cv-01995-RBK-JS (Deposed) (Defense)

February 2012: Karin Woodruff v. Kathy O'Kelly, et al., U.S. District Court Western District of Arkansas, Case No. 11-05089-JLH (Retained) (Defense)

February 2012: Jerry Hartrim v. Las Vegas Metropolitan Police Department, et al., U.S. District Court State of Nevada, Case No: 2:11-cv-00003-RLH-PAL (Retained) (Defense)

March 2012: Curtis Lee Wimberly v. City of Henderson, et al., U.S. District Court District of Nevada, Case 2:10-cv-01414-LDG-LRL (Retained) (Defense)

April 2012: Bret Cornell v. City and County of San Francisco, et al., Superior Court of the State of California County of San Francisco Case No. CGC-11509240 (Testified) (Plaintiff)

April 2012: Michael Cristini v. City of Warren & Donald Ingles et al., U.S. District Court Eastern District of Michigan Southern Division, Case No.:2:07-cv-11141-DML-VMM (Retained) (Defense)

April 2012: Joshua James Jordahl v. City of Madison Police Department, et al., State of South Dakota County of Lake, CIV. 10-288 (Retained) (Defense)

April 2012: Amy Leichtenberg v. City of LeRoy, et al., U.S. District Court of the Central District of Illinois Peoria Division, 1:10-cv-01253-JAG (Deposed) (Defense)

April 2012: Anthony D. Graham, Jr., v. City of Tallahassee, et al., U.S District Court for the Northern District of Florida Tallahassee Division, Case No.:4:11-cv-213-RS-WCS (Deposed) (Plaintiff)

CITY 974

April 2012: Terence Arthur R. Whiteman, M.D. v. Rosado, et. al.,  U.S. District Court For The Western District of Michigan Southern Division, Case No. 1:11-cv-00466-GJQ (Deposed) (Defense)

May 2012: Theresa Moriarty and Doug Garrabrant v. County of Sandoval, et al., U.S. District Court for the District of New Mexico, Case No. 1:11-cv-00722 JAP/KBM (Deposed) (Defense)

June 2012: Estate of Jess Lee Powell v. Pennington County, et al., State of South Dakota County of Pennington, Civil No. 11-2002 (Retained) (Defense)

July 2012: Tara O'Grady-Sullivan v. Nye County, et al., U.S. District Court for the District of Nevada, Case no: 2:11-cv-00839-RLH (CWH) (Retained) (Defense)

July2 2012: Christopher Aparicio v. Luna County, et al., Federal District Court District of New Mexico, No. 11-CV-676 RB/GBW (Testimony) (Defense)

August 2012: Peter Labrada, et al., v. Essex County Prosecutors Office, et al. Superior Court of New Jersey Law Division Essex County, Docket No. ESX-L-7291-09 (Deposed) (Defense)

August 2012: Estate of Trevor Neil Hawkins-Varinecz, et al., v. Horry County Police Department, et al., U.S. District Court for South Carolina, Civil Action No. 4:11-CV02638-TLW-TER (Retained) (Defense)

August 2012: Eugene Carl DeBoise, Sr., et al., v. Taser International, Inc., et al., U.S. District Court Eastern District of Missouri Eastern Division, No. 4:10-CV-0818-TIA (Deposed) (Defense)

August 2012: Eduardo Lopez-Castro, et al., v. Nevada Highway Patrol, et al., U.S. District Court for the District of Nevada, Case No. 2-11-cv-01014 (Retained) (Defense)

August 2012: Brian Olsen v. City of Boulder City, et al., U.S. States District Court District of Nevada, Case No.: 2:12-cv-00543-JCM-PAL (Retained) (Defense)

August 2012: Lizette Vargas, et al., v. City of Philadelphia, et al., U.S. District Court for the Eastern District of Pennsylvania, No.: 11-2639 (Retained) (Defense)

August 2012: Henry Kaleta v. Samantha Johnson and Trevor Johnson, U.S. District Court District of Minnesota, Civil No. 12-CV-00170JNE/FLN (Retained) (Plaintiff)

August 2012: Randall Ray Bowman v. Boulder City Officer A. Johnson, et al., U.S. District Court District of Nevada, Case No. 2:11-cv-00609-RCJ (LRL) (Retained) (Defense)

September 2012: Wayne Burwell v. Hartford Police Officer Frederick Payton et al., U.S. District Court for the District of Vermont  Case No.: 5:2012cv00166 (Deposed) (Defense)

September 2012: Janice Wells v City of Lumpkin et al., U.S. District Court Middle District of Georgia Columbus Division, Civil Action No. 4:12-cv-00093-cdl (Retained) (Defense)

September 2012: Estate of Christopher Capps v. Pennington County, et al., U.S. District Court District of South Dakota Western Division (Deposed) (Defense)

September 2012: Adrian Michael Marr v. Christopher Steward, et al., U.S. District Court District of Minnesota, Case No.: 11-cv-02160 SRN/LIB (Testimony) (Plaintiff)

September 2012: Stanley Jackson v. Washtenaw County, et al., U.S. District Court, Eastern District of Michigan, Southern Division, Case No. 12-cv-10963 (Deposed) (Defense)

October 2012: Henry Jones, Jr. v. Officer Vincent Thornton, et al. U.S. District Court Eastern District of Arkansas Western Division, Case No. 4:12-cv-00094-BRW (Testified) (Defense)

October 2012: Terrance Jones v. City of Lake City, et al., U.S. District Court Middle District of Florida Jacksonville Division, Case No. 3:11-cv-1210-J-34 JBT (Deposed) (Plaintiff)

October 2012: Carnell Williams-Carney v. Philadelphia, et al., Eastern District of Pennsylvania, C.A. 12-4029 (Testified) (Defense)

November 2012: Darren Brown v. Edward Bailey III, et al., U.S. District Court for the District of Maryland Northern Division, No. 1:11 cv-1901 (Retained) (Defense)

13

November 2012: William Lloyd Jorgenson v. William Reinbold and Andrew Johnson, U.S. District Court District of Minnesota, Case No. 12-0387 (JRT/JJG) (Retained) (Plaintiff)

December 2012: Daniel Harrigan v. Marion County, Oregon, et al., U.S. District Court, Oregon, Civil No. 6:11-CV-06174-SI (Testified) (Plaintiff)

December 2012: James Goton v. Sierra County, et al., U.S. District Court for the District of New Mexico, No. 2:12-CV-00194-GBW-CEG (Retained) (Defense)

December 2012: Samanda Dorger, et al., v. City of Napa, et al., U.S. District Court Northern District of California, Case No. 4:12-cv-00440-YGR (Retained) (Defense)

December 2012: Andres Cortez v. Jorge Gonzalez et al., Cause No. EP-12-CV-0050-PRM (Retained) (Defense)

January 2013: Daniel Melo v. City of South Burlington, Superior Court Chittenden Unit, State of Vermont, Docket No.: S1027-11 CnC (Deposed) (Defense)

January 2013: Johnathan Jones, et al v. Las Vegas Metropolitan Police Department, et al, U.S. District Court of Nevada (Deposed) (Defense)

February 2013: Wigley v. Bernalillo County Sheriff's Office, et al., State of New Mexico County of Bernalillo Second Judicial District, D202-CV-2012-03974 (Retained) (Defense)

February 2013: Ray Shatney, et al., v. Hardwick Police Department, et al., U.S. District Court for the District of Vermont, Civil Case No. 1:12cv-00023 (Deposed) (Defense)

February 2013: Tracey Pope v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No: 2:12 cv (Retained) (Defense)

March 2013: Troy Ellison v. Donna Lesher, et al., U.S. District Court Eastern District of Arkansas Western Division, Civil Action No. 4:11-CV-00752 BSM (Retained) (Defense)

March 2013: Albert Purnell v. City of Philadelphia et al, U.S. District Court for the Eastern District of Pennsylvania, 2:11-cv-06900-CDJ (Retained) (Defense)

April 2013: Ajaleh Waiters, et al. v. City of Union City, Georgia and Luther Lewis State Court of Fulton County, Georgia Civil Action File No. 2012-EV-015990-A (Retained) (Defense)

April 2013: Allan P. Zitta and Tracy Zitta v. Town of Richmond, et al. U.S. District Court for the District of Vermont, Civil Case NO. 1:12-cv-00160 (Retained) (Defense)

May 2013: Whitney Duenez, et al. v. City of Manteca, et al., U.S. District Court for the Eastern District of California, Case No. 2:11-cv-01820-LKK-KJN (Deposed) (Plaintiff)

May 2013: Ruth Tuite v. New Jersey et al., U.S. District Court for the District of New Jersey, Civil Action No. 10-CV-06772 SRC/MAS (Retained) (Defense)

May 2013: Frank Marchionne v. Las Vegas Metropolitan Police Department, et al., U.S. District Court Clark County, Nevada, Case No. A-12-664253-C (Retained) (Defense)

May 2013: Cristina Paulos v. Las Vegas Metropolitan Police Department, et al., U.S. District Court Clark County, Nevada, Case No. A-12-666754-C (Retained) (Defense)

May 2013: Estate of Michael Godawa, U.S. District Court Eastern District of Kentucky Northern Division at Covington, Case No. 12-00170-WOB-JGW (Deposed) (Defense)

June 2013: Cheryl Brigan v. Richard Benko and the City of Cloquet, U.S. District Court District of Minnesota Case No. 12-CV-712 DWF/LIB (Retained) (Plaintiff)

June 2013: Stephanee Thompson v. The State of New Jersey, et al., Superior Court of New Jersey Law Division Camden County Docket No. CAM-L3879-10 (Retained) (Defense)

June 2013: Ronald Whitcomb v. City of Panama City, et al., U.S. District Court Northern District of Florida Panama City Division (Retained) (Plaintiff)

July 2013: Robin Thompson v. James "Clint" Murray, et al., U.S. District Court Eastern District of Arkansas Western Division, Case No: 4:11-cv-OO804 BRW (Retained) (Defense)

July 2013: Dennis Kucera v. Town of Hartford,et al., U.S. District Court for the District of Vermont, Civil Case No. 5:12cv00264 (Retained) (Defense)

July 2013: Ladarris Tunstall v. William W. Brislin, Robert H. Duhaime, U.S. District Court for the Vermont, Civil Case No. 2:12-cv-31 (Retained) (Defense)

14

CITY 976

July 2013: Anthony Boschele and Nancy Boschele v. Chesterfield Co Sheriff's Office, et al., U.S. District Court for the District of South Carolina Florence Division, Civil Action No.: 2013-CP-13-000185 (Deposed) (Defense)

July 2013: Wesley Bettis v. City of Montpelier, U.S. District Court for the District of Vermont, (Retained) (Defense)

August 2013: David Eaton v. City of Tallahassee Florida and Scott Cherry, U.S. District Court Northern District of Florida Tallahassee Division, Case No. 4:13-CV00002-WS-CAS, (Retained) (Plaintiff)

August 2013: Semaj Randolph, et al., v. City of Orangeburg, et al., U.S. District Court for the District of South Carolina Orangeburg Division, Civil Action No: 5:12-cv-3087-JMC (Retained) (Defense)

September 2013: Demian Boroff v. Nickolas Lynn, et al., U.S. District Court for the District of New Jersey Vicinage of New Ark, Civil Action No. 2:2011cv06849 (Retained) (Defense)

September 2013: Christina West v. City of Tallahassee, (Retained) (Defense)

September 2013: Tyson Powers v. Campbell et al., U.S. District Court for the District of Utah Central Division, Civil No. 2:12-cv-851 BCW (Retained) (Defense)

September 2013: Dontae Thomas v. Tyrone Barze, et al., U.S. District Court District of Minnesota, Case No. 12-2272Jrt/AJB (Defense) (Plaintiff)

October 2013: Samantha Compton v. City of Harrodsburg, KY, et al., U.S. District Court Eastern District of Kentucky Central Division at Lexington, Civil Action No. 5:12-cv-00302-JMH (Retained) (Defense)

October 2013: M.H., et al., v. County of Alameda, et al., U.S. District Court for the Northern District of California, Case No. C11-2868 JST (MEJ) (Deposed) (Plaintiff)

November 2013: Jesse Compodonico v. City of Miami, et al., U.S. District Court Southern District of Florida Miami Division, Case No. 12-24077 (Retained) (Defense)

November 2013: Veronica Vacaneri and Joel Smith, Jr. v. Arpaio, et al., U.S. District Court of Arizona District Court Phoenix Division, Case No. 2:2013cv02262 (Retained) (Defense)

November 2013: Celestine Gibson v. Las Vegas Metropolitan Police Department, et al., U.S. District Court for the District of Nevada, Case: 2:12-CV-00900-GMN-CWH (Retained) (Defense)

November 2013: Lori Colvey v. City of Norfolk, et al., U.S. District Court for the District of Nebraska, Case No. 8:13-cv01 (Retained) (Defense)

November 2013: Rickey Ward v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No. 2:13cv769-APG-GWF (Retained) (Defense)

December 2013: Melene James v. City of Boise, et al., District Court of the Fourth Judicial District of the State of Idaho, Case No. CV-PI-2012-16734 (Retained) (Defense)

December 2013: Daniel L. Fancher v. City of Minneapolis, et al., U.S. District Court for the District of Minnesota, Case No. 13-CV-00435 (DSD/JJK) (Testimony) (Plaintiff)

December 2013: Darrell Frederick v. City of Rogers, et al., Arkansas Western District Court, Case No. 5:2013cv5155 (Retained) (Defense)

December 2013: Maria Ortiz, et al., v. New Jersey State Police, et al., U.S. District Court for the District of New Jersey, Civil No. 11-2300 NLH AMD (Retained) (Defense)

December 2013: David Earl Sutherland v. The Laurens County Sheriff's Department, Civil Action No. 2011-CP-90-902 and Jennifer Marie Cobb v. The Laurens County Sheriff's Department, Civil Action No. 2011-CP 90-903, State of South Carolina County of Laurens, (Deposed) (Defense)

December 2013: Christopher Montgomery, et al., v. City of Philadelphia, et al, U.S. District Court for the Eastern District of Pennsylvania, Civil Action No. 13-256 (Retained) (Defense)

January 2014: Jerame C. Reid v. Cumberland County, et al., U.S. District Court for the District of New Jersey, Civil Action No. 1:11-cv-05841-NLH-AMD (Retained) (Defense)

January 2014: Jenny Rebecka Royal v. City of Blythe, Superior Court of Richmond County, Georgia, Civil Action File No: 2012RCCV735 (Retained) (Defense)

CITY 97

January 2014: Derek Guindon v. City of Sioux Falls (Retained) (Defense)

January 2014: Janneth Valero v. Trooper J. Smith, et al., U.S. District Court District of New Jersey, Civ. Act. No.: 11-5710 (JLL-MAH) (Retained) (Defense)

February 2014: Estate of Darrin E. Hanna v. City of North Chicago, et al., U.S. District Court Northern District of Illinois Eastern Division, Case No. 11 CV 8836 (Retained) (Defense)

February 2014: Lawrence Gordon v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No.: 2:12-cv-019095-GMN-GWF (Retained) (Defense)

February 2014: Jane Doe v. City of Harvey, et al., U.S. District Court for the Northern District of Illinois Eastern Division, Case No.:1:12-CV-2069 (Retained) (Defense)

February 2014: Michael V. Roberts v. City of Reading, et al., U.S. District Court for the Eastern District of Pennsylvania, Case No.: 5:13-cv-01990-LS (Retained) (Defense)

February 2014: Cheri Lane, et al., v. City of Camden, et al., U.S. District Court for the District of New Jersey, Civil Action No. 1:11-cv-5584 (RBK/JS) (Retained) (Defense)

February 2014: Irving J. Marquez v. Eddy County, et al., U.S. District Court for the District of New Mexico, Case 1:11-cv-00838-DJS-WDS (Retained) (Defense)

March 2014: Leo Hardy v. City of Milwaukee, et al., U.S. District Court Eastern District of Wisconsin, No. 2:13-cv-00769 (Deposed) (Plaintiff)

March 2014: Warren Robinson v. Town of Denmark, State of South Carolina County of Orangeburg, Civil Action No. 13-CP-38-00270 (Retained) (Defense)

March 2014: Michael Alan Ewing v. Cumberland County, et al., U.S. District Court for the District of New Jersey, Civil Acton No. 1:09-cv-05432 (Retained) (Defense)

March 2014: Bernalillo County Sheriff's Department, et al., U.S. District Court for the District of New Mexico, No. 13-CV-00733 PJK/KBM (Retained) (Defense)

March 2014: Ezell, et al., v. City of Milwaukee, et al., U.S. District Court Eastern District of Wisconsin, Case No. 2:2013cv00771 (Retained) (Plaintiff)

April 2014: Irving J. Marquez v. Eddy County, et al., U.S. District of New Mexico, 11-CV-838 JAP/WDS (Retained) (Defense)

April 2014: Carolyn Hall, et al., v. Officer Eric Fries, et al., U.S. District Court for the Middle District of Georgia Valdosta Division, Civil Action No. 7:13-cv-105(HL) (Deposed) ( Defense)

April 2014: Fabian Prive v. Richard Wells, U.S. District Court for the District of Vermont, Civil Action No. 5:13-cv-320-cr (Retained) (Defense)

May 2014: Barbara Diane Latham, et al., v. Lincoln County Sheriff's Department, et al., U.S. District Court for the District of New Mexico, Case No. 2:13-cv-00822 (Retained) (Defense)

May 2014: Christopher M. Harvey v. Darryl Carr, U.S. District Court, Western District of Kentucky, Paducah Division, Case No. 5:13CV-116-R (Retained) (Defense)

May 2014: Randall Ehlers v. City of Rapid City, et al., U.S. District Court District of South Dakota Western Division, Case No. 5:12-cv-05093-JLV (Retained) (Defense)

May 2014: Tyler Galipeau v. Joshua Stemp, et al., U.S. District Court for the District of Vermont, Case No. 2:14-cv-55 (Retained) (Defense)

May 2014: Ella Baker v. City of Camden, et al., U.S. District Court for the District of New Jersey, Civil Action No. 1:12-cv-494 (Retained) (Defense)

May 2014: James H. Coitrone v. Bobby D. Murray, et al., U.S. District Court Western District of Kentucky Paducah Division, Civil Action No. 5:12-CV-00195-R (Retained) (Defense)

June 2014: Estate of Jeremy Shawn Rucinski v. Oakland County, et al., U.S. District Court Eastern District of Michigan, 2:13-cv-14667-MFL-PJK

June 2014: Marlon Whitmore v. Timothy Wilhelm, et al., U.S. District of Northern District of California, No. C 13-1408 PJH (Retained) (Plaintiff)

June 2014: Michael Kent v. Oakland County, et al., U.S. District Court Eastern District of Michigan Southern Division, Case No. 2:13-cv-15003-BAF-RSW (Retained) (Defense)

June 2014: James A. Lewis, et al., v. City of Philadelphia, et al., U.S. District Court for the Eastern District of Pennsylvania, Civil Action No. 13-2547 (Testimony) (Defense)

16

June 2014: Ernestine Wingate v. City of Darlington, et al., U.S. District Court for the District of South Carolina, Case No. 4:13-CV03343-RBH-KDW (Retained) (Defense)

June 2014: Edwards v. Town of West Seneca, et al., New York Supreme Court (Retained) (Defense)

July 2014: Yolanda L. Ruiz, et al, v. City of Hidalgo, et al., 370th District Court of Hidalgo County, Texas, Cause No. C-1629-13-G (Retained) (Defense)

July 2014: Fraternal Order of Police v. City of Camden, et al., U.S. District Court for the District of New Jersey, Civil Action No.:1:10-cv-01502 (Retained) (Defense)

August 2014: Diane Williams, et al., v. City o Philadelphia, et al, U.S. District Court for the Eastern District of Pennsylvania, Docket No. CV-12-2387 (Retained) (Defense)

August 2014: Joseph Occhipinti, et al, v. Detective Lisa Bauer, et al, U.S. District Court for the Middle District of Pennsylvania, Civil Action No. 3:13-CV-01875 (Retained) (Defense)

August 2014: Estate of Gregory Harrison v. City of Bowling Green, et al, U.S. District Court Western District of Kentucky at Bowling Green, Case No. 1:13CV-124M (Retained) (Defense)

August 2014: Johnathan Rose et al, v. County of Sacramento, et al, U.S. District Court Eastern District of California, Case No. 2:13-cv-01339-TLN-EFB (Retained) (Plaintiff)

August 2014: Paul L. Daniel, v. Brian Begnoche (City of St. Albans) et al, U.S. District Court for the District of Vermont, Civil Action No. 2:13-cv (Retained) (Defense)

August 2014: Robert Noble v. City of Camden, et al., U.S. District Court for the District of New Jersey Camden Vicinage, Case No. 1:13-cv-04391-JBS-AMD (Retained) (Defense)

September 2014: Kevin Hawkins, et al., v. City of Tallahassee, et al., U.S. District Court for the Northern District of Florida Tallahassee Division, Case No. 4:13-cv-539-/CAS (Retained) (Defense)

September 2014: Dennis Stallins v. City of Princeton, et al., U.S. District Court Western District of Kentucky Paducah Division, Case No. 5:13-CV-157-R (Retained) (Defense)

September 2014: Marilyn Monroe Howard v. City of Pine Bluff, et al., Case No.: 5:14-CV-0330 (Retained) (Defense)

September 2014: Arlean Brown, As PR of Estate of Melvin Lawhorn v. Elliott, et al., U.S. District Court for District of South Carolina, Columbia Division, Case No.:3:14-cv-01188-JMC-PJG (Retained) (Defense)

September 2014: James Simmons v Sheriff Mark Gober, et al., U.S. District Court Eastern District of Arkansas Pine Bluff Division, Case No.:5:13-cv-100 DPM

October 2014: Annie Harmon, et al., v. County of Sacramento, et al, U.S. District Court in and for the Eastern District of California, Case No.:2:12-cv-02758 TLN AC (Deposed) (Plaintiff)

November 2014: Shanika A. Graves v. City of Miami, U.S. District Court Southern District of Florida Miami Division, Case No. 13-22501-CIV-KMM (Deposed) (Defense)

November 2014: Antoine Hodges, and Annette Hodges v. Las Vegas Metropolitan Police Department, et al., U.S. District Court District of Nevada, Case No.: 2:13-cv-02014-JCM-NJK (Retained) (Defense)

November 2014: Trena Rice, et al., v. Chuck Wright, et al., U.S. District Court for the District of South Carolina, Case No. 7:14-cv-02839-BHH (Retained) (Defense)

January 2015: Alanda Forrest v. City of Camden, et al., U.S. District Court for the District of New Jersey Camden Vicinage, Civil Action No. 1:09-cv-01555-RBK-JS (Retained) (Defense)

January 2015: D.G., v. The City of Las Cruces, et al., U.S. District Court for the District of New Mexico, No. 14-CV-000368 (Retained) (Defense)

January 2015: Ed White and Donna Joyce White v. Brian Mark Gillis and City of Helena, Superior Court of Telfair County State of Georgia, Civil Action No. 09-CV-070 (Retained) ( Defense)

January 2015: Henry Jeffery Davis, Jr. v. The City of Warner Robins, et al., Superior Court of Peach County State of Georgia, Civil Action No.07-V-711 (Retained) (Defense)

CITY 0??

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLAVANIA

JOSHUA TAYLOR, ET AL.,                    ) CIVIL ACTION
                                          )
                    Plaintiffs,           )
                                          )
            vs.                           ) NO. 13-2241
                                          )
POLICE OFFICER LARRY SHIELDS, et al.,     )
                                          )
                    Defendants.           )

---

**Expert Report of John J. Ryan**

1.  My name is John Ryan.  I have been actively involved in police practices and
    law enforcement since 1981.  I was an active police officer for twenty years.  In
    the final year of my active career and since my retirement in June of 2002 from
    police services, I have been involved in police and law enforcement practices as
    a private consultant regarding law enforcement issues.

2.  My education includes a Bachelor of Science Degree in the Administration of
    Justice from Roger Williams University in Bristol, Rhode Island;  a Master of
    Science Degree in the Administration of Justice from Salve Regina University in
    Newport, Rhode Island and; a Juris Doctor Degree from Suffolk University Law
    School.

3.  From 1993 until 2002 I served as an adjunct faculty member in the graduate
    Administration of Justice Program at Salve Regina University in Newport,
    Rhode Island.  In that capacity I was responsible for graduate courses on
    Constitutional Issues in Law Enforcement; Police Misconduct/Civil Liability;



1

Managing Police Organizations; Contemporary Issues in the Justice Field; Juvenile Justice; Mental Health Law; and Business Crime.

4.  Since 2000, I have written several manuals for use by police officers.  Two of these manuals are extensively used by Rhode Island Law Enforcement agencies. These manuals are:  Rhode Island Law Enforcement Officers' Guide to Criminal Procedure, 2000, and Rhode Island Law Enforcement Officers' Bill of Rights, A Guide to Investigations and Hearings, 2000.  The other manuals are nationally distributed by the Public Agency Training Council as materials used in conjunction with training programs for public employees.  These manuals are: Legal and Liability Issues in the Public Schools, 2001; Policy Development for Public Safety Agencies, 2002, Civil Liability and Risk Management for Law Enforcement Agencies, 2003, Use of Force, 2004, Administrative Investigations In Law Enforcement Agencies, 2004, Legal and Liability Issues for Hostage Negotiators, 2005, Public Safety Media Relations (Manual and Guide) 2005, Arrest Search and Seizure, 2005, and Law and Best Practices for Successful Police Operations, 12 High Risk Critical Tasks That Impact Law Enforcement Operations and Create Exposure to Liability Litigation 2007, 2010 and 2013 editions,  Legal and Liability Risk Management Manual Guide-The Law and Best Practices of Successful Jail/corrections Operations 2009.

5.  I also author an annual publication for law enforcement officers titled, Case Law for Critical Tasks in Law Enforcement.  This field guide provides officers with a legal update on critical tasks such as search, seizure, use of force, pursuit,

investigations and interrogations.  This guide has been adopted by agencies around the United States for use by law enforcement personnel.

6. I am currently the co-director of the Legal and Liability Risk Management Institute along with James Alsup, G. Patrick Gallagher and Lou Reiter.  In that capacity I author and edit the institute's legal update service for law enforcement.  This update service and an archive of all articles that I have written can be found at www.patc.com.

7. As part of the Legal and Liability Risk Management Institute I also conduct policy, training and operations reviews for law enforcement agencies and jails throughout the United States.  These reviews focus on the manner in which agencies treat the critical tasks in law enforcement and jail operations.  As part of these reviews I assist agencies in identifying areas in policy, training and operations that may be improved upon to bring the agency within the legal mandates and generally accepted practices in law enforcement and jail operations.

8. Since 1993, I have conducted numerous training sessions for public employees.  Participants in this training have included law enforcement officials, school officials, attorneys and judges.  I have provided training in the following areas:

    a. Policy development for public safety agencies.

    b. Legal Issues in police use of force.

    c. Legal Issues in internal affairs investigations.

    d. Police misconduct/civil liability.

    e. Legal/Liability Issues in Narcotics Operations.

3

    f.   Arrest, Search and Seizure, & Interrogation.

    g.   Racial profiling.

    h.   Legal issues in public schools.

    i.   Media relations for public safety agencies.

    j.   Constitutional update for law enforcement officers.

    k.   Basic training for detectives.

    l.   Law enforcement officers' bill of rights/due process in administrative investigations.

    m.  Legal/policy and decision making factors in law enforcement pursuits including use of force/intervention tactics.

    n.   Legal and policy Issues for hostage negotiators.

    o.   Legal and liability issues for SWAT operations

    p.   Legal and liability issues for jails

    q.   High Risk Critical Tasks/Best Practices in Law Enforcement Operations.

9. I am a former police Captain of the Providence Police Department in Providence, Rhode Island where I served for twenty years before retiring in 2002. During my tenure as a police officer I served in the following capacities: patrol officer in both the Patrol Division and the Tactical Unit; a detective in the Detective Bureau; a sergeant in the Patrol Division; a lieutenant in the Patrol Division; Director of Training; Director of the Department's Office of Public Affairs and; Director of the Department's Administrative Staff. During most of my career I also took an active role in researching and authoring department policy.

4

10. Since my retirement in June of 2002 I have taught numerous courses on police policy and procedure, arrest, search and seizure, use of force, police pursuits, dealing with the mentally ill, emotionally disturbed, and suicidal, domestic violence, law enforcement's response to autism, law and best practices in the internal affairs process, civil liability for law enforcement agencies, and specialized courses for narcotics officers, SWAT commanders, and internal affairs officers. Participants in these courses have come from thousands of law enforcement agencies around the United States. Officers in attendance have come from departments with under ten sworn officers and departments with sworn officers numbering in the thousands. These programs are conducted numerous times annually throughout the United States and also include on-line courses on these topics for law enforcement.

11. The course on policy and procedure focuses on critical tasks in law enforcement and includes, inter alia, policy issues relating to use of force; police pursuits; domestic violence; sexual harassment and external sexual misconduct; off-duty conduct; hiring & retention issues; internal affairs; supervisory practices; search and seizure; property and evidence; care, custody and transport of prisoners as well as training issues relating to critical tasks in law enforcement.

12. The program on High Risk Critical Tasks/Best Practices in Law Enforcement includes instruction on Use of Force including inter alia: dealing with individuals of diminished capacity i.e. emotionally disturbed, mentally impaired; and suicidal, excited delirium, as well as persons with disabilities and use of electronic control devices; Search-Seizure and Arrest; Pursuit and Emergency

5

Vehicle Operation; Care, Custody, Control, and Restraint of Prisoners; Domestic Violence; Off-Duty Conduct; Sexual Harassment, Discrimination, and Misconduct; Selection and Hiring; Internal Affairs; Special Operations; and Property and Evidence.

13.  As a co-director of the Legal & Liability Risk Management Institute I regularly research and draft policies for law enforcement agencies and jails relating to high-risk critical tasks including use of force, arrest-search & seizure, pursuit, emergency vehicle operation, special operations, internal affairs, hiring and selection-retention of officers, care-custody-control & restraint of prisoners, sexual harassment-discrimination & sexual misconduct, domestic violence, and dealing with the mentally ill.

14. In 2002, I was a featured speaker at the national conference for the International Association of Law Enforcement Planners, which was held in Long Beach, California.

15. In 2002, I was a featured speaker at the National Internal Affairs Investigators Association conference, which was held in Tampa, Florida.

16. In 2004, I was a featured speaker at the Rhode Island Bar Association's Annual Meeting, speaking on Constitutional Issues related to Law Enforcement practices.

17. In 2005, I was a featured speaker at the National Sheriffs' Association Annual Conference, held in Louisville, Kentucky, where I presented training for legal advisors on Internal Affairs and Employee Discipline.

18. In 2005, I was a featured speaker at the annual national conference for Public Risk Managers (PRIMA) in Milwaukee where I conducted training for risk managers and attorneys representing police departments. One of the trainings involved use of force while the second covered the high liability areas in law enforcement operations to include arrest, warrants, and other issues involving search and seizure, as well as police pursuits.

19. I have been a featured speaker annually, to include the 2011 session, of Georgetown Law Center's annual §1983 Civil Rights Litigation program. I have regularly presented materials related to law enforcement policy, training and supervisory practices as well as use of force. In 2009 I presented materials for two sessions one of which was on the use of TASER and one which was a panel discussion on strip searches. I have been published annually in materials from Georgetown Law Center related to this program. The 2011 session was focused on reviewing current law enforcement practices and civil liability related to TASER.

20. In November of 2005, I was a featured speaker at the annual National Conference of the National Leagues of Cities & Towns in Seattle, Washington speaking on Contemporary Liability Risks for Law Enforcement Agencies.

21. In October of 2006, I was a featured speaker at the annual conference of National Internal Affairs Investigators' Association in Gatlinburg, Tennessee.

22. I have also provided lectures for attorneys on civil rights litigations relating to law enforcement operations, including a November of 2006 presentation for the Georgia Bar Association's ICLE program.

7

23. In 2007 I was a featured speaker at the annual conference for the International Municipal Lawyers Association.

24. In 2007, 2008, 2009, 2012 and 2013, I was a featured speaker at the Practising Law Institute's Annual Section 1983 Civil Rights Litigation program. My 2007 presentation in this program resulted in a law review article in the Touro Law Review (Volume 24, Number 3, pages 569-600) "Recent Developments in the Use of Excessive Force by Law Enforcement" Karen Blum/Jack Ryan. It is noted that my materials have been included in their annual publication related to this program.

25. In 2008 I was a featured speaker at the annual conference for the Association of American Law Schools, Civil Rights section, where I presented material on law enforcement policy, training, and generally accepted practices in pursuits and use of force.

26. In 2009 I was a featured speaker for the national conference for public risk managers.

27. In 2009 I conducted executive level training on law enforcement pursuit operations for the Utah Highway Patrol.

28. In 2009 I was certified with TASER by the Muncie Indiana Police Department by a TASER certified instructor.

29. In 2009, I was a featured speaker at the Annual Kentucky Tactical Officers' Association Conference where I lectured on high risk tasks in tactical operations including high risk entries.

8

30. In 2009 I was the featured speaker at the Alabama Attorney General's annual "Law Enforcement Summit" where I lectured on high risk critical tasks in law enforcement to include use of force, pursuit, arrest, search and care, custody and control of prisoners.

31. In 2010, I was a featured speaker at the annual national conference for PRIMA where I presented a law enforcement risk management program titled: "Promoting Professionalism while Reducing Liability; The Impact of Policy, Training, and Supervision and Auditing Strategies."

32. In 2010, I was a featured speaker at the National Internal Affairs Investigators Association annual conference held in Indianapolis, Indiana where I lectured on Bias Free Law Enforcement/Profiling.

33. In 2010, I was a featured speaker at the annual conference of the National Council of County Association Executives, where I spoke on law enforcement liability and strategies to reduce liability by increasing professionalism.

34. In 2012 I developed a training program for law enforcement and attorneys dealing with use of force; electronic control devices; and sudden custody death. This program, which I am presenting throughout the United States is accompanied by a text manual which I wrote and is also being distributed nationwide.  As part of this program I have trained thousands of officers with respect to the expected and appropriate response in dealing with persons who have been injured or otherwise shown physical distress during the subdual process.

35. In 2012, I was a featured speaker at the National Internal Affairs Investigators Association Annual Conference where I spoke on Use of Force and Sudden In-Custody Death.

36. In 2012 I was a featured speaker at the Texas Commission of Law Enforcement Officers Standards and Education where I presented to law enforcement trainers from throughout the State of Texas on training liability and the need for training in the high risk critical tasks in law enforcement.

37. In 2013, I was a featured speaker and panel member in a program titled "Policing in Trying Times" at Suffolk University Law School in Boston Massachusetts.

38. In 2013, I was a featured speaker at "Police K-9" magazine's national Handler Instructor Training Seminar, an annual conference for K-9 handlers and trainers. This presentation focused on the law and best practices for use of law enforcement K-9s as a tool of apprehension.

39. In 2015, I was a featured speaker at the spring conference as well as the annual conference of the International Municipal Lawyer's Association.    The presentation topic was officer involved shootings and qualified immunity post Plumhoff.

40. In 2015, I was a featured speaker for the annual conference of IADLEST, International Association of Directors of Law Enforcement Standards and Training.   My topics included "Training Liability" and "Emerging Liability Trends."

10

41. In 2015, I was a featured speaker at the Georgia Jail Association's Annual Conference in Savannah, Georgia where I presented topics relating to high-risk critical tasks in the jail operation.

42. In 2015, I was a featured speaker at the Arkansas Association of Chiefs of Police annual meeting where I presented materials on the Law and Best Practices for Policing in Trying Times.

43. In 2015, I was a featured speaker at the South Carolina Municipal Association's Annual Meeting for Elected Officials where I presented materials on Law Enforcement in Trying Times as well as covering issues related to law enforcement body cameras.

44. In 2015, I was a featured speaker for the Texas Commission on Law Enforcement where I provided training for 750 law enforcement trainers from throughout the State of Texas covering topics related to law enforcement liability and proper training.

45. In 2015, I was a featured speaker at the National Internal Affairs Investigators' Annual Conference where I presented training on emerging trends in law enforcement liability and the interplay of the Internal Affairs process with agency liability.

46. In 2016, I was a featured speaker at the annual conference of the Defense Research Institute in Austin, Texas.

47. Since 2002, I have been involved in the auditing of law enforcement operations throughout the United States conducting several audits annually based on either a need or as a proactive measure of agency performance in the high liability

11

areas of the road and jail operation.  I have been involved in assisting dozens of departments nationally through these audits in developing policy, training, and enhancing operations for law enforcement services.

48. My experience, training and background are more fully described in the attached curriculum vitae, which I incorporate by reference to this report.

49. I have reviewed the following materials to date regarding this case:

1.  Complaint (4/23/2013)
2.  City's Answers and Objections to Plaintiffs' Interrogatories
3.  Shields' Answers and Objection to Plaintiff's Interrogatories
4.  Scheduling Order
5.  Memorandum (11-28-11) To Commissioner from IA Commander
6.  CSU Report 11-319 with photographs
7.  Defense Production 128
8.  Defendants' Disclosures 1-711
9.  Katsaris Report
10. Katsaris Deposition List
11. Katsaris CV
12. Katsaris Fee Agreement
13. Katsaris Testimony List
14. Deposition of Larry Shields 8/19/2015
15. Deposition of Larry Shields 1/22/2016
16. Deposition of Khalil Shields 2/2/2016
17. Deposition of Laressa Shields 2/2/2016
18. Deposition of Alfredo Lopez
19. Deposition of Thomas Clarkson
20. Deposition of Steve Nolan 12/21/2015
21. Deposition of Steve Nolan 1/28/2016
22. Deposition of Captain Francis Healy
23. Shields Personnel File
24. Shooting Report/File
25. Email-Hubbard to Lockman
26. Letter to Plaintiff's Counsel 11/27/2015
27. Use of Force in Law Enforcement Course (MPOETC #10-202)
28. Legal Update Course (MPOETC #10-201)
29. Directive 10
30. Directive 22
31. Directive 63
32. Shield's statement to IAD (10-20-2011)

12

33. Shield's PBI File Second OIS 2012-0404
34. Off-Duty Decision Making Course (MPOETC #09-331)
35. Shields' Training Records
36. Shields' PBI documents (Nolan Exhibit)
37. Defendants' Supplemental Disclosure CITY 1188-1542
38. Officer Involved Shooting Files CITY 1543-CITY 2499
39. PBI #12-0094 Recording
40. Disciplinary Actions CITY 2500-CITY 2812
41. PBI Files
    a. 08-9026
    b. 08-9032
    c. 08-9038
    d. 08-9056
    e. 08-9066
    f. 09-9005
    g. 09-9063
    h. 09-9073
    i. 09-9085
    j. 10-0033
    k. 10-9020
    l. 10-9022
    m. 10-9033
    n. 11-9002
    o. 11-9012
    p. 11-9014
    q. 11-9019
42. Trial Volumes 1-5 with Exhibits
43. 911 Calls

50. This expert report is based upon the materials provided to this date. The opinions presented in this report are based upon my specialized experience, training and knowledge of police practices as well as my continued research and work with law enforcement nationally. This work includes conducting training for law enforcement around the United States as well as auditing the policies and operations of law enforcement agencies around the United States. My opinions are provided with a reasonable degree of certainty within the fields of

13

law enforcement, police activity and police administration and supervision. I am familiar with police civil litigation and know the normal phases of discovery. With this in mind I recognize that there may be additional documentation as the case progresses.   In the event that additional material is produced I shall be prepared to supplement this report.

51. At the outset it is important to note that this report is based upon the facts as presented by the material and specifically avoids drawing conclusions based upon credibility issues of the parties.

52. The law enforcement event reviewed in this report occurred on Monday, April 25, 2011 just before 4:00 p.m. and involves the off-duty shooting by Officer Larry Shields of Joshua Taylor.

53. Officer Shields said that at the time of this event he was helping his sister, Larresa Shields, who was moving to Worth Street. (Shields 8/2015 P. 30). Shields reported that he first saw Taylor at about 3:45 p.m. (Shields 8/2015 P. 36).  Shields said that he was unloading items from the truck and Kahlil Shields was with him. (Shields 8/2015 P. 39).  Shields reported that Linda Albrights was also outside but she was behind him and he did not know she was out there at the time. (Shields 8/2015 P. 41).

54. Brittany Taylor testified that she was home with her husband, Joshua Taylor and that Joshua came downstairs with his gun, indicated that he had just cleaned it and was going to take it and show it to his neighbors Mary and Sean. (Trial V-4 35).  Britaany Taylor said that Josh put the gun in his pocket and left the kitchen. (Trial V4 35).  Brittany Taylor testified that she heard Josh Taylor leave the

14

residence. (Trial V4 38).  Joshua Taylor testified that he initially put the Glock in his pocket to go visit his neighbor, Sean McGinty, but because the Glock was causing his pants to fall down he decided to just carry the gun. (Trial V4 135).

55. Joshua Taylor testified that when he went to his neighbor's house he learned that Sean McGinty was not home yet so he returned to his house to get items ready to take Sean to the gun range. (Trial V4 139).  Taylor said that he told Mary Thompson that he was going to get stuff ready and then described: "I walked outside of the door and I walked past a gentleman that was standing on the sidewalk and a young man that was standing in the middle of the street;  I walked past them like nothing was wrong; I walked right to my front door, the screen door." (Trial V4 140).

56. Officer Shields described that when he saw Joshua Taylor, Taylor was coming out of his house with a gun in one hand and a magazine in the other hand. (Shields 8/2015 P. 40).  Shields described the gun as a Glock. (Shields 8/2015 P. 40).  Officer Shields testified that he had his police badge, police identification, and his weapon with him. (Shields 8/2015 P. 29).

57. Officer Shields testified that Taylor came out of the gate from his house "walked a few inches down the sidewalk and went into the neighbor's gate, walked up that step and walked inside that location." (Shields 8/2015 P. 43-44). Shields agreed that house Taylor exited was 4624 Worth Street. (Shields 8/2015 P. 44).   Officer Shields testified that Mr. Taylor came right back out of the house he had entered estimating the time he was in the house as: "Seconds. Less than a minute." (Shields 8/2015 46).   Officer Shields indicated that when Taylor

exited the house he no longer had the magazine in the other hand thus Shields presumed the gun to be loaded. (Shields 8/2015 47).  It is noted that Mr. Taylor testified that he inserted the clip, loading the gun, before he left his house. (Trial V4 181).

58. Officer Shields described that he approached Taylor as Taylor passed him and started to re-enter the property he had initially come from. (Shields 8/2015 48). Shields said that when he approached Taylor, Taylor began to run. (Shields 8/2015 49).  Officer Shields reported that he identified himself to Taylor before Taylor ran by saying: "My man, police." (Shields 8/2015 P. 50). It is noted that Lieutenant Clarkson testified that when an off-duty officer decides to take action with respect to a citizen they would just say "police." (Clarkson 13).  Shields testified that he grabbed Taylor but Taylor got away from him and ran to 4624 Worth Street. (Shields 8/2015 P.49-50).  It is noted that Officer Shields indicated that when he suspected Taylor of a violation under the firearms act is when he took action. (Shields 1/22/2016 P. 43).   It is noted that Joshua Taylor acknowledged that he did not have a permit to carry this firearm. (Trial V4 130).

59. Officer Shields described that as Taylor entered 4624 Worth Street he slammed the entry door but it bounced back open. (Shields 8/2015 P. 51).  It is noted that Khalil Shields indicated that his uncle, Officer Shields, opened the door. (K. Shields 43). Khalil Shields also testified that he could see Taylor pointing a gun at his uncle.  (K. Shields 44). Shields testified: "At that point I was on the door step of the location." "He pointed the gun at me and I fired one shot." (Shields 8/2015 P. 51).  Shields described where he was located as: "In the doorway on

the step but outside the location." (Shields 8/2015 P. 51-52).   Shields placed

Taylor "In the house between the living room and dining room approximately."

(Shields 8/2015 P. 52).  Shields indicated that after he shot, he retreated moving

away from the doorway and then back to where his sister was moving in.

(Shields 8/2015 P. 55).  Shields reported that his sister initially called 911 at his

direction but when no one came, he called 911. (Shields 8/2015 P. 55/59).

Officer Shields said that while at his sister's house he saw Joshua Taylor come

outside holding up his shirt and saying he was shot. (Shields 8/2015 P. 59).

60. Joshua Taylor testified: "I was at my screen door, I was confronted.  He said,

'Yo my man.' And I looked back over my left shoulder. I have the door on my

side like this going to turn. He says, 'You my man. I say, what, like that, what.

He said--…He said what are you doing with the gun?" (Trial V4 143).  Joshua

Taylor said he responded: "Don't worry about it"  at which point [Shields]

responded: "well I am a cop." (Trial V4 144).  Joshua Taylor reported that he

then said: "all right.  Well this is my gun, my house. I am going inside." (Trial

V4 144).  Taylor said the man [Shields] then drew a weapon and Taylor ran for

his life. (Trial V4 144).  Taylor said that when he ran into the house he fell and

the gun dropped across the floor. (Trial V4 149).   Taylor said he saw Officer

Shields get into a firm stance and fire a bullet into his chest.  (Trial V4 150).

Taylor indicated that after he was shot he picked up his gun and threw the gun

behind the door so his children wouldn't grab it. (Trial V4 153).

61. Brittany Taylor testified that she was making dinner when she heard the door

slam hard and she ran to the doorway of the kitchen and dining room to see what

17

happened. (Trial V4 40).  Brittany Taylor testified that "maybe less than five; not more than five" minutes had passed between the time Josh Taylor had left to go to the neighbors and the door slamming. (Trial V4 41). Brittany Taylor testified: "I ran to the doorway to see what it was, because I need to know, and then I saw Josh. He was rolling over from his belly, and his arm was like pushing him up, like he was about to get up and then I saw his gun.  It made like one bounce from where it came from, what I saw. (Trial V 4 41).

62. Brittany Taylor described Officer Shields' actions: [Josh Taylor] "was like trying to get up a little bit, like really slow, and he said—like when he noticed that I was in the doorway, he meant to say babe; but said 'bay,' like he couldn't get it out fully.  That's when our door opened, I heard the click to the knob of somebody about to come in, and he put his hand up and said wait, ant that's when the officer came in.  At that time I didn't know he was an officer." Brittany continued: "He [Shields] grabbed the side of the door, I guess he was kind of trying to look behind a little bit.  He didn't fully look behind.  He grabbed it and then he glanced like a second around the room, and then he bent his knees and got in a standing position and then he fired his weapon once, into Josh." (Trial V4 42-43).   Brittany Taylor testified that Josh Taylor's gun was not within reaching distance and Josh Taylor never pointed the gun at Officer Shields.  (Trial V 4 47).

63. Officer Shields testified that after he shot Mr. Taylor, he was unable to render aid because he did not know if there were other individuals in the house. (Shields 11/22/2016 P. 11). Shields said that he did not see a weapon on Taylor

18

when Taylor came outside after the shooting, but Shields was unable to render aid because Taylor disappeared. (Shields 1/22/16 12).

64. Lieutenant Nolan testified that he would not have considered the few steps taken by Officer Shields to be a foot pursuit. (Nolan 47).  Lieutenant Nolan testified that if Shields opened the door to make entry, he would have been justified under "hot pursuit." (Nolan 53).

65. Officer Shields reported that he went before the Police Board of Inquiry for failing to call 911 prior to the shooting but not for excessive force. (Shields 8/2015 P. 17).   Officer Shields testified that he was familiar with the Philadelphia Police Department Directive that indicated that off-duty officers should do what they could to be a good witness as opposed to becoming part of it. (Shields 8/2015 P. 86).

66. Officer Shields testified that following the Taylor shooting he was required (as in any officer involved shooting) to go to the range and go through FATS training as well as going over directives with the sergeant at the range. (Shield 8/2015 P. 24).

67. Sergeant Lopez, an instructor from the Police Academy and a 30 (b) (6) deponent in this case testified that recruits should receive training on the off-duty action policy while they are in the academy. (Lopez 8).  Lopez said that it is his practice to teach recruits on the topic of off-duty action. (Lopez 10).

68. Sergeant Lopez said that the suggested practice in off-duty scenarios is to call 911 and be a good witness but he noted that the language of the policy is not mandatory and that an officer's decision to act would be based on the scenario

19

that presented itself, the officer's experience, and the officer's training. (Lopez 13).

69. Sergeant Lopez testified that when there is time an officer should identify him or herself verbally and depending on the situation show their credentials. (Lopez 14).   Lopez indicated that showing identification will be based on feasibility; the opportunity to do so; and, whether doing so would compromise the officer's safety. (Lopez 14).   Lopez acknowledged that the directive of the department indicates that "when possible" an officer should call 911 before taking any action. (Lopez 16).

70. Sergeant Lopez testified that when the use of force involves the discharge of a firearm, the officer does not fill out any forms but instead is interviewed by Internal Affairs. (Lopez 62).   It is noted that this is the generally accepted practice in law enforcement throughout the United States.

71. Sergeant Lopez testified that officers receive first aid and CPR training every other year during in-service training. (Lopez 67-68).   Sergeant Lopez indicated that each officer is required to go through annual in-service training that includes firearms training. (Lopez 68).  The annual in-service training is 2 days unless it is the CPR/First Aid year in which case it is 3 days. (Lopez 69). Sergeant Lopez said that the Pennsylvania Municipal Police Officers' Education and Training Commission (MPOETC) sets the annual in-service training requirement. (Lopez 70).   Sergeant Lopez confirmed that "Off-Duty Decision Making" was covered as a topic in the 2009 in-service training. (Lopez 70- 71).

72. Lieutenant Clarkson testified that officers are required to attend 12 hours of in-service training per year plus CPR and First-Aid training when warranted. (Clarkson 6).   Lieutenant Clarkson indicated that he, as well as other officers were taught the off-duty decision-making course, which was a three-hour course. (Clarkson 7). It is noted that Officer Shields verified that he attended the off-duty decision-making course. (Shields 1/22/16 P. 29).

73. Sergeant Lopez testified that the State of Pennsylvania (MPOETC) requires 777 hours for the basic recruit academy, however the Philadelphia Police Department's recruit curriculum is 1,021 hours. (Lopez 80).

74. It is noted that the Philadelphia Police Department has a specific assignment section within Internal Affairs for handling Officer Involved Shootings. (Nolan 8).   There are 6 investigators assigned to the OIS section. (Nolan 9).   Nolan testified that in an officer involved shooting in the Philadelphia Police Department there are concurrent investigations that include one by Internal Affairs, one by divisional detectives, and one by the District Attorney's Office. (Nolan 10).   Lieutenant Nolan testified that after the investigation is complete it is forwarded up the chain of command and then goes to a firearm review board. (Nolan 15).   Lieutenant Nolan reported that generally the involved officer is interviewed last. (Nolan 21).   Nolan indicated that the reasons for interviewing the involved officer last include the fact that investigators need to wait for the District Attorney's clearance letter and the investigator wants all the reports and information available so they can ask the involved officer questions related to what these reports show. (Nolan 21).

21

75. Lieutenant Nolan acknowledged that in his recommendation he suggested that Officer Shields may have violated Memorandum 98-1 "Off-Duty Police Actions." (Nolan 32).    Officer Shields acknowledged that he received an official reprimand for not calling 911 and had a subsequent hearing. (Shields 1/22/16    P. 33-34).  Shields testified that he did not appeal the ruling on his official reprimand. (Shields 1/22/2016 P. 44).

76. It is my opinion, based upon my specialized background, training, education and experience as well as my continued research, authoring, auditing, consulting, and training of law enforcement officers throughout the United States, that the decision of Officer Shields to take off-duty action with respect to an armed subject on the street was consistent with generally accepted policies, practices, training, and legal mandates.

77. In testimony, Joshua Taylor described the neighborhood where this occurred as having crack dealers conducting business in close proximity to his house. Additionally, Taylor indicated that he acquired the handgun in question following an armed home invasion of neighboring home. Officer Shields made observations of a subject carrying what he reasonably presumed was a loaded firearm on a public street in this neighborhood.   It is undisputed that the gun was loaded and that it was in Taylor's possession out in the open where Officer Shields could see it.   It is also undisputed that Officer Shields indicated that he was a law enforcement officer.   Mr. Taylor testified that Shields indicated he was a "cop" and Shields indicated that he indicated "police" however either way there is no dispute that words to this effect were said.

22

78. There is also no dispute that Mr. Taylor fled after Officer Shields indicated that he was a police officer or cop.   Any reasonable and well-trained officer would recognize that when a subject is walking down a public street with an un-holstered handgun in their hand, the officer should take steps, whether off-duty or on-duty to investigate further.  Once Mr. Taylor fled, a reasonable and well-trained officer would recognize that there was now further support of criminal activity related to the firearm.

79. It is my opinion, based upon my specialized background, training, education and experience as well as my continued research, authoring, auditing, consulting, and training of law enforcement officers throughout the United States, that the decision of Officer Shields to follow Joshua Taylor to his doorway and even across the threshold of the house was consistent with generally accepted policies, practices, training, and legal mandates.

80. All officers are trained that they may undertake hot or fresh pursuit of a fleeing felon.  Officers are aware that the authority to continue such a pursuit extends into homes.  Any reasonable and well trained officer who was confronted with a subject who is carrying a loaded gun on a public street and who flees from the officer would recognize that the officer would be justified under generally accepted policies, practices, and training as well as legal mandates that the officer could continue in hot or fresh pursuit of the subject.  Thus, whether a fact-finder believes that Officer Shields opened the door as reported by the plaintiffs, or whether the door bounced open has no impact on my opinions.

23

81. It is my opinion, based upon my specialized background, training, education and experience as well as my continued research, authoring, auditing, consulting, and training of law enforcement officers throughout the United States, that the decision of Officer Shields to use deadly force was consistent with generally accepted policies, practices, training, and legal mandates.

82. At the outset of this opinion I note that if Mr. Taylor fell flat on his face and lost control of his gun as he and his wife reported and no longer could be reasonably perceived as a threat then deadly force would not be justified.

83. Officers throughout the United States are trained in two formulas with respect to use of force decision-making and justification.  The first of these formulas is a three-part test that parallels the mandates announced by the United States Supreme Court in *Graham v. Connor.*[1]  The training directs officers to consider the seriousness of offense; whether or not the subject poses an immediate physical threat to the officer or anyone else; and finally whether the subject is actively resisting or attempting to evade arrest by flight.

84. There is no dispute that Mr. Taylor was out in the street carrying a loaded firearm with no holster but rather was carrying the Glock in his hand.  There is also no dispute that Mr. Taylor fled after Shields identified himself as either a "cop" or police.  Any reasonable and well-trained officer would have concluded that Taylor was committing a serious offense.  This offense, involving a gun clearly provides the most dramatic threat officers face.  Additionally, Mr. Taylor

---

[1] This formula is derived from *Graham v. Connor,* 490 U.S. 386 (1989) and can be found in law enforcement training lesson plans as well as Use of Force policies throughout the United States.  See e.g. International Association of Chiefs of Police, Use of Force Model Policy 2005, IACP Model Policy Center, Virginia 2005.

was actively resisting and attempting to evade arrest by flight when he, by his own testimony ran.   While Mr. Taylor indicated that he did not know that Shields was a law enforcement officer when Shields said he was a cop, it is well known that use of force is judged from the perspective of the officer.   As noted there is no dispute that Shields used language indicating that he was law enforcement and that Taylor with a loaded gun in hand fled.

85. It is recognized that when considering the seriousness of the offense; that such consideration goes to the offense the officer suspects at the time the control tactic is used and not the original offense or other justification which led the officer to contact the individual at the outset.   Officer Shields reported that Mr. Taylor pointed his gun at Shields.   Any reasonable and well-trained officer would recognize that this would constitute the most significant threat an officer can face and the seriousness of offense had now escalated as well.

86. It is well understood in law enforcement that the use of force must be judged from the perspective of the officer on the scene, taking into account what the officer reasonably believed to be the circumstances at the time and not with 20/20 hindsight.

87. It is well known that an officer reasonably perceives an imminent threat of serious bodily harm or death against themselves, another officer, or any third party, the officer may respond with deadly force.   A fundamental principle of officer survival and use of force is the fact that action beats reaction every time.[2] Common defensive tactics programs offered to law enforcement as well as law

---

[2] See e.g. Deadly Force Constitutional Standards, Federal Policy Guidelines, and Officer Survival, John Michael Callahan, Jr. Looseleaf Publications, Flushing, N.Y. 2001

25

enforcement related texts indicate that even a subject running from an officer can turn and fire two shots before the officer would be able to react.[3]  It is well known in law enforcement that the physical lag time between an officer's perception of a threat and the response to the threat in many cases will put the suspect in a different position. The concept is well known in law enforcement and is consistent with the Military's OODA Loop training which reflects that a person must first Observe the threat, then Orient to the threat, then Decide what action to take, and finally must Act.[4]  It is well recognized that a threat can be carried out or positions will be changed during the time it takes an officer to cycle through this process.

88. In evaluating the timing of shots; the trajectory of shots; and, the positioning of the officers as well as the subjects in any case, one must recognize the conclusions of research that is well known to law enforcement on the reaction time of officers in assessing threat, responding to threat and delay at the end of a shot series.[5]   In taking such research into account, it is recognized that the officer's assessment of the continuing threat and his response to such threat would be enveloped by a reactionary gap that may cause the timing of the shot; the trajectory of the actual shot; and, the positioning of all involved to appear to occur in a time sequence giving a false perception that the actual threat had

---

[3] See e.g. Deadly Force Constitutional Standards, Federal Policy Guidelines, and Officer Survival,  John Michael Callahan, Jr. Looseleaf Publications, Flushing, N.Y. 2001
[4] OODA Loop Model was first developed by Colonel John Boyd USAF during the Korean war.
[5] See, "Officer Reaction-Response Times In Firing a Handgun" Ernest J. Tobin and Marvin Fackler MD, Journal of the International Wounds Ballistic Association Vol. 3, No. 1; "Officer Decision Time in Firing a Handgun" Ernest J. Tobin and Marvin Fackler MD, Journal of the International Wounds Ballistic Association, Volume 5, Issue 2 pp. 8-10, Fall 2001; "Officer Reaction-Response Time Delay at the End of a Shot Series" Ernest J. Tobin and Marvin Fackler MD, Journal of the International Wounds Ballistic Association, Volume 5, Issue 2 pp. 11-12, Fall 2001.

passed at the time of the decision to use deadly force.[6]   Simply stated, everything is in movement during the physical lag time it takes for an officer to process the threat, aim, and actually fire his or her weapon and there is a similar physical lag time from the point the officer, through observation, perceives the threat has passed, orients to the fact the threat has passed, decides to stop firing, and undertakes the physical of action of stopping the triggering of the weapon.

89. Based on the facts as reported by Officer Shields, any reasonable and well-trained officer confronted with similar facts would conclude that they were facing an imminent threat of serious bodily harm or death.   Under such a circumstance the use of deadly force would be consistent with generally accepted policies, practices, training, and legal mandates as well as the policies of the Philadelphia Police Department.

90. The second formula was commonly referred to as the "Use of Force Continuum."   While agencies utilize different force continuum models, all of the models recognize that officers have various subject control tactics available to them and that these tactics range from a low-level intrusions, such as officer presence and verbal commands, to the highest level, which is deadly force. It should be recognized that even in those agencies that still use a force continuum, the continuum is not a ladder that must be climbed step by step.   Instead it is a presentation of various force options, each of which must be objectively reasonable under the circumstances with which the officer is faced.   It is noted that due to confusion over application of such continuums, law enforcement is

---

[6] See, "How did I shoot him in the Back" Dennis M. Connor, The Law Enforcement Trainer/ November/December 1998.

moving away from this concept and simply train "force options."  It is recognized that many law enforcement agencies are moving away from the so-called "continuum" and moving toward a "Graham" decision-making model.

91. The only response available to an officer when confronting a pointed firearm is deadly force.

92. It is my opinion, based upon my specialized background, training, education and experience as well as my continued research, authoring, auditing, consulting, and training of law enforcement officers throughout the United States, that Officer Shields did not breach the duty to render aid due to the circumstances surrounding this event due to the fact that he was off-duty; had, at least one family member in close proximity to him; and he could not assess other dangers in the Taylor house at the time of the encounter.

93. It is my opinion, based upon my specialized background, training, education, and experience as well as my continued research, authoring, auditing, consulting and training on law enforcement nationwide that the policies, practices, and response to off-duty conduct by the Philadelphia Police Department is consistent with generally accepted policies, practices, training, and legal mandates.

94. I have reviewed files related to off-duty discharges. (See PBI Files.)  It is noted that many of these cases involve off-duty officers intervening in violent criminal acts (see 08-9032), and others involved self-defense from subjects with guns (see 08-9026).  It is also noted that included in the off-duty discharge cases reviewed, shooting of vicious dogs also were reviewed (see 08-9056).  My review of these documents show that not only are the investigations proper and

28

consistent with generally accepted law enforcement practices, but it is also clear that the Philadelphia Police Department's investigators routinely recommend that the officers are in violation of policies/directives. (See 08-9066, 09-9085, 10-9022, 10-9033, 11-9002, 11-9019, and 10-0033.)   Based on the off-duty discharges provided it appears that the Philadelphia Police Department, one of the largest police agencies in the United States, had 18 off-duty discharges over a four-year period covering 2008-2011.  These discharges included events where no person was hit and where the target of the discharge was a vicious dog.   In 7 of the 18 off-duty discharge cases reviewed, investigators recommended that a violation of policy was established.  In some of these cases the involved officer was terminated. (See 10-0033 and 10-9033). The evidence leads to my opinion and conclusion that the Philadelphia Police Department exhibits the best practice in law enforcement when dealing with off-duty conduct and specifically off-duty firearms use.

95. I note that there are general allegations in the complaint regarding additional deficiencies by the Philadelphia Police Department related to this case, however I find no evidence in the materials provided to date to support any such deficiencies.  In fact, as noted in the materials I reviewed cited above it is clear that the Philadelphia Police Department provided training to officers regarding off-duty conduct; the PPD has memorandums and directives related to off-duty conduct, and the agency provides thorough reviews and discipline where appropriate with respect to officer involved shootings and off-duty conduct.

96. At this stage of my review I do not know if I may be asked to review additional documents.   Should I be asked to review any additional documents I will be prepared to render additional opinions or supplement the opinions stated within this report.

97. At this point in the development of this case I do not know whether I will be using any demonstrative aids during my testimony.   Should I decide to use any such tool; I will assure that they are made available for review, if requested, prior to their use.

98. My fees for these professional services are outlined in the attached retainer agreement.

This report is signed under penalty of perjury on this 1st day of May 2016, in Greenville, Rhode Island.

*s/John J. Ryan*
John J. Ryan