# Arden Forensics

Arden Forensics, PC
1390 Chain Bridge Road #105
McLean, VA 22101

703.749.0227 office
703.563.6059 fax
jlardenmd@ardenforensics.com
www.ardenforensics.com

Jonathan L. Arden, MD
President

## *Curriculum vitae* of Jonathan L. Arden, MD

### Employment

| | |
|---|---|
| 5/08–Present | **Forensic Pathologist (Part-time)**<br>**Office of the Chief Medical Examiner**<br>**State of West Virginia** |
| 1/06-Present | **President, Arden Forensics, PC** |
| 3/04-Present | **Consultant in Forensic Pathology and Medicine** |
| 12/03- 7/05 | **Medical Examiner, Northern Virginia Region (Part-time)** |
| 4/98-10/03 | **Chief Medical Examiner**<br>**Office of the Chief Medical Examiner**<br>**Washington, DC** |
| 3/89-4/98 | **Office of Chief Medical Examiner, City of New York**<br>**New York, NY** |

    7/96-4/98:    First Deputy Chief Medical Examiner
    7/91-7/96:    Acting First Deputy Chief Medical Examiner
    8/89-6/91:    Deputy Chief Medical Examiner
    3/89-7/89:    Deputy Medical Examiner

| | |
|---|---|
| 2/86-2/89 | **Assistant Medical Examiner**<br>**Office of the Chief Medical Examiner, State of Delaware** |
| 7/84-2/86 | **Deputy Medical Examiner-Pathologist**<br>**Office of the Medical Examiner**<br>**Suffolk County, New York** |

### Graduate Medical Training

| | |
|---|---|
| 7/83-6/84: | Resident in Forensic Pathology<br>Office of the Chief Medical Examiner, State of Maryland |
| 7/80-6/83: | Resident in Anatomic Pathology<br>New York University Medical Center |

### Education

University of Michigan Medical School: **MD**, 1980
University of Michigan: **BS** with High Distinction, 1976
The Johns Hopkins University, 1972-1974


EXHIBIT
D-6

CITY 1153

*Curriculum vitae* of Jonathan L. Arden, MD

## Medical Licensure

| | |
|---|---|
| West Virginia | 2008 |
| Maryland | 2005 |
| Virginia | 2003 |
| District of Columbia | 1998-2006 |
| Delaware | 1986-2001; reinstatement 2005 (lapsed by non-renewal) |
| New York | 1982 |

## Board Certification

1985    Diplomate, American Board of Pathology, Anatomic and Forensic Pathology

## Professional Memberships

National Association of Medical Examiners
        (Board of Directors, 2002-2008; Executive Committee, 2006-2008)
Medical Society of Virginia
Medical Society of the District of Columbia, 1998-2003

## Academic Appointments

Clinical Assistant Professor of Pathology, George Washington University School of Medicine, 1998-2003
Clinical Assistant Professor of Pathology, State University of New York Health Sciences Center at
        Brooklyn, 1989-1998
Clinical Assistant Professor of Forensic Medicine, New York University School of Medicine, 1989-1998

## Selected Professional Activities

Subject matter expert (representing National Association of Medical Examiners and working with RTI
        International) to develop web-based training program in forensic science, 2010-2011
Identification of the Missing focus group of the National Center for Forensic Science, National Institute of
        Justice (representing National Association of Medical Examiners), 2006-2007
Chair, Uniform Definitions and Standards Work Group, Center for Substance Abuse and Treatment's
        Project on Co-Occurring Disorders and Other Emerging Issues in Opioid Treatment, Substance
        Abuse and Mental Health Services Administration, US DHHS (representing National Association
        of Medical Examiners), 2004-2005
Environmental Clearance Committee for the Curseen-Morris Postal Facility (co-sponsored by US
        Environmental Protection Agency and DC Department of Health), 2003
Government of the District of Columbia:
        Child Fatality Review Committee, 1998-2003
        Mental Retardation and Developmental Disabilities Administration
            Fatality Review Committee, Chair, 2000-2003
        Emergency Preparedness Task Force and Emergency Preparedness Committee, 2001-2003
        Mayor's Health Policy Council, 1998-2003
Metropolitan Washington Council of Governments, Bio-terrorism Task Force, 2001-2003
Medical Society of the District of Columbia, Family Violence Task Force, 2000-2003
National Association of Medical Examiners, Interim Meeting, Program Chair, February 1997
New York State Commission on Domestic Violence Fatalities, 1996-1997
American Board of Pathology, Forensic Pathology Test Committee, 1992-1997
City of New York, Administration for Children's Services/Human Resources Administration, Child Fatality
        Review Panel, 1989-1998
City of New York, Criminal Justice Child Abuse Task Force, 1996-1998
New York City Multidisciplinary Child Fatality Review Team, Project Director, 1995-1998
Physician Assistant Program, The Brooklyn Hospital-Long Island University, Pathology Course Director,
        1991-1997

CITY 1154

*Curriculum vitae* of Jonathan L. Arden, MD

## Selected Continuing Medical and Other Education

Fourth Annual Prescriptions for Criminal Justice Forensics, Fordham University School of Law, June 7, 2013

26th Annual Forensic Anthropology Course, Maryland Office of Chief Medical Examiner, June 3-6, 2013

43rd Annual Forensic Dental Identification and Emerging Technologies Course of the Armed Forces Institute of Pathology, March 12-16, 2007

22nd Annual Washington Neuroradiology Course of the Armed Forces Institute of Pathology, February 17-18, 2007

15th Annual Anatomic Pathology Review Course of the Armed Forces Institute of Pathology, April 17-23, 2005

## Selected Lectures and Presentations

"Postmortem Changes and Time of Death," "The Forensic Postmortem Exam," "Death Investigation – Standards and Best Practices," "Writing the Death Certificate," presented at the West Virginia Office of the Chief Medical Examiner 2014 Forensic Death Investigation Training Course, Sutton, WV, March 17-19, 2014

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, February 3, 2014

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, February 4, 2013

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," "Environmental Deaths," "Drugs & Alcohol Deaths," "Immersion Deaths," "Fire/Thermal Deaths," "Sharp/Blunt Injuries," "Asphyxia," "Transportation-Related Deaths," "Early Childhood Deaths," "Completing the Death Certificate/Writing Death Investigation Reports." presented at the West Virginia Office of the Chief Medical Examiner 2012 Forensic Death Investigation Training Course, Charleston, WV, October 22-24, 2012

"The Analyst at the Morgue – Helping Families Deal with Traumatic Bereavement," presented at the American Psychoanalytic Association Community Symposium, co-presentation with Bruce Sklarew, MD, June 15, 2012

"Forensic Pathology in the Criminal Courts: Advances, New Issues, Common Mistakes and Pitfalls (and Maybe More)," presentation to the Judges of the District of Columbia Superior Court, March 28, 2012

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, January 30, 2012

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," "Forensic Pathology I and II," "Early Childhood Deaths," "Writing Death Investigation Reports." presented at the West Virginia Office of the Chief Medical Examiner 2011 Forensic Death Investigation Training Course, Sutton, WV, October 24-26, 2011

"Sudden Unexplained Infant Death," authored and presented web-based training course in conjunction with RTI International, March-April 2011

CITY 1155

*Curriculum vitae* of Jonathan L. Arden, MD

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," presented at the West Virginia Office of the Chief Medical Examiner 2010 Forensic Death Investigation Training Course, Sutton, WV, October 25, 2010

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," and "Investigation of Early Childhood Deaths," presented at the West Virginia Office of the Chief Medical Examiner 2009 Forensic Death Investigation Training Course, Sutton, WV, October 5-6, 2009

"Death Investigation," presented at the South Carolina Coroner's Association 2009 Training Conference, Litchfield Beach, SC, June 10, 2009

"Forensic Pathology," presented at the Fifth National Seminar on Forensic Evidence and the Criminal Law, Philadelphia, PA, January 9, 2009

"The Role of the Forensic Pathologist in Homicide and Capital Defense," lecture given at the Yale Law School Capital Punishment Clinic, New Haven, CT, December 9, 2008

"Fatal Dissection and Rupture of a Coronary Artery Bypass Vein-Graft:  Implications for ME Jurisdiction and Practice," presented at the National Association of Medical Examiners Annual Meeting, October 2008

"Recognition and Interpretation of Child Abuse Injuries," Annual Meeting, Virginia Association of Orthopaedic Technologists, McLean, VA, March 31, 2007

"Pitfalls in the Practice of Forensic Pathology," Forensic Grand Rounds, Commonwealth of Massachusetts Office of the Chief Medical Examiner and Boston University School of Medicine, November 1, 2006

"The Role of the Forensic Pathologist in Homicide Defense," Seminar, Office of the Georgia Capital Defender, July 6, 2006

"Be Careful What You Wish For…" presented at the National Association of Medical Examiners Annual Meeting, October 2005

"Sudden Natural Deaths," presented at the Armed Forces Institute of Pathology Basic Forensic Pathology Course, December 2, 1999

"Subtle Child Abuse Fatalities" presented at the National Association of Medical Examiners Interim Meeting, February 1997

Teaching and lecturing for various audiences, including: physicians, graduate medical trainees and medical students, nurses and physician assistants, law enforcement, prosecutors and defense attorneys, and interdisciplinary government panels, 1986 - Present.  Topics include:
- pediatric forensic pathology (child abuse and neglect, sudden infant death syndrome)
- death investigation and certification
- deaths in custody
- sudden natural deaths
- mistakes in homicide investigations
- courtroom testimony and procedures

4

CITY 1156

*Curriculum vitae* of Jonathan L. Arden, MD

## Publications

Shuangshoti S, Hjardemaal GM, Ahmad Y, Arden JL and Herman MM. Concurrence of multiple sclerosis and glioblastoma multiforme. Clin. Neuropath. 22:304-8, 2003.

Borio L, Frank D, Mani V, Chiriboga C, Pollanen M, Ripple M, Ali S, DiAngelo C, Lee J, Arden J, Titus J, Fowler D, O'Toole T, Masur H, Bartlett J, Inglesby T. Death due to bioterrorism-related inhalational anthrax: report of 2 patients. JAMA. 2001 Nov 28; 286(20):2554-9.

Flomenbaum MA, Arden JL. Final Considerations: Interacting with the Medical Examiner, Chapter 24 in *Emergency Diagnostic Testing, 2nd Ed,* Flomenbaum NE, Goldfrank L and Jacobson S, eds. Mosby-Yearbook, Philadelphia, PA 1995

Fried KS, Arden JL, Gouge TH, Balthazar EJ. Multifocal granular cell tumors of the gastrointestinal tract. Am J Gastroenterology 79(10):751-755, 1984

Smialek JE, Arden JL, Monforte JR. Changes observed in blood carbon monoxide levels due to decomposition. Abstract #c10, presented at National Association of Medical Examiners meeting, Miami, FL, 1981

Han SS, Holmstedt J, Geha-Mitzel M, Pirbazari M, Arden JL. *Biology of Aging.* Published by Program in Biology of Aging, University of Michigan Institute of Gerontology, Ann Arbor, MI, 1979

CITY 1157

| | JONATHAN L. ARDEN, MD TESTIMONY LOG | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DATE** | **CASE NAME AND CAPTION** | **CASE TYPE** | | **APPEARANCE** | | | **RETAINED BY** | | |
| | | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 1/24/2011 | Joyce Upchurch, Administratrix of the Estate of William Upchurch v. Britthaven, Inc., and Hillco, Ltd., (Superior Court Division of Johnson County, NC, 10 CVS 985) | | X | | | X | X | | |
| 2/2/2011 | Estate of McCrone v. NC Finamore & Sons, et al, (Anne Arundel County, MD, 02-C-10-151077 MT) | | X | | | X | X | | |
| 2/16/2011 | Obah Farah Walker, Administrator of the Estate of the Late Farah Saleh Farah v. Correct Care Solutions, LLC, et al, (United States District Court for the Eastern District of Virginia, Alexandria Division, Case No. 1:10cv01012-GBL-IDD) | | X | | | X | X | | |
| 2/17/2011 | Audra Byrd, Administratrix of the Estate of Malinda Adams v. SSC Eden Operating Company, et al., (General Court of Justice, Superior Court Division, Rockingham County, NC, Case No. 09 CVS 2759) | | X | | | X | X | | |
| 2/28/2011 | Carolyn Meyers, Individually as Independent Administrator of the Estate of Wilbert Meyers v. Tenet Healthsystem SL, Inc., d/b/a St. Louis University Hospital, et al., (Circuit Court of the City of St. Louis, MO, Case No. 0822-CC02101) | | X | | | X | | X | |
| 3/1/2011 | Shirley Johnson, Individually and as the Personal Representative of the Estate of Sharnell Johnson v. Rointan Farahifar, MD., et al., (Circuit Court of Prince George's County, MD, Case No. 10-08667) | | X | | | X | X | | |
| 3/7/2011 | Commonwealth of Virginia v. Tarawalie (Circuit Court of the City of Alexandria, VA) | X | | | X | | | X | |
| 7/2011 | State of Maryland v. Myron Antonio Gibson (Circuit Court for Charles County, MD, Case No. K09-884) | X | | X | | | | X | |
| 5/2/2011 | Audra Byrd, Administratrix of the Estate of Malinda Adams v. SSC Eden Operating Company, et al., (General Court of Justice, Superior Court Division, Rockingham County, NC, Case No. 09 CVS 2759) | | X | | | X | X | | |
| 5/3/2011 | Rita Faye Greer as Personal Representative for the Estate of Jesse Len Greer v. County of Beaufort, et al. (United States District Court, District of South Carolina, Beaufort Division, Case No. 9:09-CV-3057) | | X | | | X | X | | |
| 5/6/2011 | State of Ohio v. John Jones (Court of Common Pleas, Summit County, OH, Case No. 2010-10-2725) | X | | X | | | | X | |
| 5/18/2011 | Rhonda K. Downs, Administrator of the Estate of Anthony Gordon Downs v. Stephen H. Kaufman, MD, et al. (Circuit Court for the City of Chesapeake, VA, Case No. CL09-3449) | | X | | | X | X | | |
| 5/20/2011 | Sheri Anne Newbern and Steve Farris Individually and as Personal Representatives of Paxton Lee Farris v. Scott A. Gooden, Christopher Todd, Keith Bennett, Jeffrey McCoy, Spring Hill Police Department and City of Spring Hill (Maury County, TN Circuit Court, Case No. 11907) | | X | | | X | X | | |
| 5/31/2011 | Staci L. Steward, individually and as the Personal Representative of the Estate of Hubert Lee Steward, Jr., et al. v. Mohammad Saeed Koolaee, MD (Circuit Court for Prince George's County, Maryland, Case # CAL10-29652) | | X | | | X | X | | |
| 6/1/2011 | State of Florida v. Donald Crawford (Circuit Court of the Fourth Judicial Circuit in and for Duval County, FL, Case # 09CR084502AD) | X | | | | X | | X | |

1



CITY 1158

| | | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | CASE NAME AND CAPTION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 6/13/2011 | Commonwealth of PA v. Marcos Morales (Court of Common Pleas, Philadelphia, PA, No. MC-51-CR-4452-2009) | X | | X | | | | X | |
| 6/14/2011 | Charles L. Cadle, Individually and as Personal Representative of the Estate of Kimberly Joan Cadle, et al., v. Efigenio Bautista, MD, Arthur Marsh, MD and Warwick Manor Behavioral Health, Inc. (Circuit Court of Dorchester County, Maryland, Case #09-C-10-017922 MM) | | X | | | X | X | | |
| 6/14/2011 | Johns Williams, et al. v. FedEx Freight East, Inc, et al. (Circuit Court, Baltimore Co., MD, No. 03-C-10-009665) | | X | | | X | X | | |
| 6/22/2011 | PA v. Justine Knoll (Court of Common Pleas, Montgomery County, No. CP-46-CR-4715-2010) | X | | X | | | | X | |
| 7/8/2011 | TN v. Tiffany Sanders (Juvenile Court for Green County at Greenville, TN, Case No. J22612, File No. 12069) | | X | | X | | | X | |
| 7/19-7/20/11 | TX v. Michael Peck (District Court, 272nd Judicial District, Brazos County, TX, No. 10-01388-CRF-272) | X | | X | | | | X | |
| 7/21/2011 | Commonwealth of PA v. John James (Municipal Court of Philadelphia, No. CP-51-CR-0015337-20090) | X | | X | | | | X | |
| 7/27/2011 | ME v Garrett Cheney (Bangor, ME, Docket No. PENCD-CR-10-1369) | X | | X | | | | X | |
| 9/1/2011 | Commonwealth of Virginia v. Benjamin Russell (Circuit Court of Madison County, VA, Case No. 10005189-00) | X | | X | | | | X | |
| 9/8/2011 | Baumann Estate v. Robbins, et al (US District Court, Eastern District of Virginia, Civil No. 2:10cv00275) | | X | | | X | X | | |
| 9/12/2011 | Robinson Estate v. Mountainview Family Care, et al (District Court of the Second Judicial District in and for Davis County - Farmington Dept., State of Utah, Civil NO. 090700394) | | X | | | X | X | | |
| 9/14/2011 | State of Florida v. Donald Crawford (Circuit Court of the Fourth Judicial Circuit in and for Duval County, FL, Case # 09CR084502AD) | X | | X | | | | X | |
| 9/15/2011 | Barbara Pollard v. Michelle Pollard (General Court of Justice, Superior Court Division, Pitt County, NC, Case No. 08-CVS-52) | | X | | | X | X | | |
| 9/16/2011 | State of Tennessee v. Russell Long (Criminal Court of Washington County, TN, Case No. 35194A) | X | | X | | | | X | |
| 9/22-9/23/11 | State of Arizona v. Jeffrey Martinson (Superior Court of the State of Arizona in and for the County of Maricopa, Case No. CR2004-124662-001-SE) | X | | X | | | | X | |
| 9/26/2011 | Jason and Marybeth Nance v. Robert F. Hoofnagle, MD, et al (US District Court for the District of Maryland, Case No. 1:10-CV-03303-RDB) | | X | | | X | X | | |
| 10/5/2011 | Commonwealth of Pennsylvania v. Derek Michael Wietry (Franklin County, PA, Docket No. CR-566-09) | X | | X | | | | X | |
| 10/7/2011 | Dalton Haley v. Angela Washington, Terence Green, David Williamson, and Erika Woods (US District Court for the Northern District of Georgia, Atlanta Division, Civil Action File No.: 1:11-CV-1883-TCB) | | X | X | | | X | | |
| 10/10/2011 | Nancy Garvin as Personal Representative of the Estate of Robby Garvin v. David A. Brosman, MD., et al (Beaufort County, SC Court of Common Pleas, Civil Action #08-CP-07-2276) | | X | | | X | X | | |
| 10/18/2011 | Commonwealth of VA v. Dewitt Johnson (Norfolk Circuit Court, No. CR10002386-00) | X | | X | | | | X | |
| 10/21/2011 | Commonwealth of VA v. Eric Abshire (Circuit Court of Orange County, CR10000442-00) | X | | X | | | | X | |

2

ARDEN FORENSICS

| | | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | CASE NAME AND CAPTION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 11/7/2011 | Neal L. Perouty v. Officer David Swearen (Circuit Court of Baltimore County, MD, Case No: 03-C-11-000262) | | X | | | X | X | | |
| 11/14/2011 | VT v. Tina Cyr (Chittenden County, VT, Docket No. 1064-3-11 Cncr) | X | | | | X | | X | |
| 11/16/2011 | MD v. Joanna Findlay (St. Mary's County, MD, Case No. CCN#52806-10) | X | | X | | | | X | |
| 12/6/2011 | Bobbie McNeill v. Officer Weaver (US District Court for the District of Maryland, Case No. WDQ-10-0029) | | X | | | X | X | | |
| 12/14/2011 | People of the State of NY v. Michael Aviles and Lissette Capellan (Rockland County, NY, Docket No. 2011-32) | X | | X | | | | | X |
| 12/15/2011 | Robert W. Zambreny, Sr., Individually and as Personal Representative of the Estate of Mary P. Zambreny, Deceased v. Hematology-Oncology Consultants, PA, et al (Circuit Court for Prince George's County, MD, Case No. 11-08740) | | X | | | X | X | | |
| 12/20/2011 | Julie Powers, Adminstratrix of the Estate of Stephen G. Powers, Deceased v. Heil Environmental Industries, Ltd. (Court of Common Pleas, Philadelphia County, PA, Civil Action No. 000517) | | X | X | | | X | | |
| 12/23/2011 | Mary A. Basham, Administrator for the Estate of Bernie Basham v. Raleigh General Hosptal and Scott Matthew Kilmer, MD (Circuit of Raleigh County, WV, Case No. 09-C-967B) | | X | | | X | | | |
| 1/6/2012 | MN v. Sara Marie Huey (Anoka County, MN District Court, Court File No. 02CR11-285) | X | | X | | | | X | |
| 1/12/2012 | Wesley Max Myers v. South Carolina (Charleston County Court of Common Pleas, CA# 05-CP-10-3113) | | X | | X | | | X | |
| 1/12/2012 | MD v Sims (Circuit Court for Baltimore City, MD, Case Nos. 111094010-011 and 111098018-011) | X | | X | | | | X | |
| 1/13/2012 | In the Interest of Sean Ortiz (Court of Common Pleas of Luzern County, PA, Nos. JV-325-2009 & JV-67-2010) | | X | | X | | | X | |
| 1/17/2012 | Stephen M. Brady, et al v. Christopher H. Lentz, et al (Circuit Court for Harford County, MD, Case # 12-C-11-000605 MT) | | X | | | X | X | | |
| 1/20/2012 | State of Georgia v. James Ralph Spell (Superior Court of Glynn County, Criminal Action No.: CR-1100068-063) | X | | X | | | | X | |
| 1/23/2012 | John Murray, Jr. as Administrator of the Estate of Patricia A. Holmes, deceased v. Riverside Tappahannock Hospital, Inc. (Circuit Court of the County of Essex, Virginia, Case No. CL10-163) | | X | | | X | | X | |
| 2/1/2012 | Donna Redding, Administratrix of the Estate of Robert E. Hudnell, Jr., deceased, v. Uptowner Inns, Inc. d/b/a Holiday Inn Hotel & Suites (Circuit Court of Cabell County, WV, Civil Action No: 11-C-498) | | X | | | X | | | |
| 2/8/2012 | State of Delaware v. Ambrose Sykes (Superior Court of the State of Delaware in and for Kent County, ID No. 0411008300) | X | | X | | | | X | |
| 3/9/2012 | Robby D. Robinson and Lisa Robinson, individually and as Personal Representatives for the Heirs of the Estate of Bradford Robinson, v. Mountainview Family Care, et al (District Court of the Second Judicial District in and for Davis County - Farmington Dept., State of Utah, Civil No. 090700394) | | X | X | | | X | | |

3



| DATE | CASE NAME AND CAPTION | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 4/5/2012 | Carla D. Henry and Carl B. Henry, Jr., Co-Administrators of the Estate of Deshery A. Bynum, deceased v. C. Dwight Groves, MD, et al (Circuit Court for the City of Norfolk, VA, Law No. CL11-6978) | | X | | | X | X | | |
| 4/11/2012 | United States v. Thomas Gioeli, et al. (United States District Court for the Eastern District of NY, No. 08 CR 240 (BMC)) | X | | X | | | | | X |
| 4/12/2012 | State of NJ v. Jayson Serrano (Superior Court of NJ, Camden County, Ind. No. 0631-02-10) | X | | X | | | | X | |
| 4/24/2012 | MN v. Damien Marsden (Ninth Judicial District, Marshall County, MN, No. 45-CR10-95) | X | | X | | | | X | |
| 5/16/2012 | OH v. Edward Bretzfelder (Lakewood Municipal Court, No. 11 B 1682) | X | | X | | | | X | |
| 5/17/2012 | PA v. Aaron Johnson (Philadelphia Court of Common Pleas, No. CP-51-CR-3744-2010) | X | | X | | | | X | |
| 6/12/2012 | USA v. Theodore Persico, Jr., et al., (US District Court, Eastern District NY, No. 10-147) | X | | X | | | | | X |
| 6/18/2012 | Joseph Sheppard, et al., v. Adeel Afzal, MD (Circuit Court, Baltimore City, MD, No. 24-C-11-008970 OT) | | X | | | X | X | | |
| 6/20/2102 | Robert W. Zambreny, Sr., Individually and as Personal Representative of the Estate of Mary P. Zambreny, Deceased v. Hematology-Oncology Consultants, PA, et al (Circuit Court for Prince George's County, MD, Case No. 11-08740) | | X | X | | | X | | |
| 27/2012 | Mary A. Basham, Administrator for the Estate of Bernie Basham v. Raleigh General Hosptal and Scott Matthew Kilmer, MD (Circuit of Raleigh County, WV, Case No. 09-C-967B) | | X | X | | | | | |
| 7/11/2012 | Estate of Philip J. Farley v. Blaser Physical Therapy and Jane Weisenberger, Circuit Court, Prince William Co., VA, No. CL11-4874 | | X | | | X | X | | |
| 7/25/2012 | Estate of James S. Edson v. Hassan A. Salih, MD, et al. (Fairfax Co. Circuit Court, No. 2011-15600) | | X | | | X | X | | |
| 9/6/2012 | Sukow v. Clark (District Court of the Virgin Islands, Division of St. Thomas and St. John, Case No. 3:10-CV-00102-CVG-RM) | | X | | | X | | X | |
| 9/13/2012 | OH v Brandon Swain (Court of Common Pleas, Summit County, OH, Case No. 2012-01-0145) | X | | | X | | | X | |
| 9/14/2012 | MD v Gary Smith (Circuit Court for Montgomery County, MD, Case No. 106589) | X | | X | | | | | X |
| 9/24/2012 | OH v Denny Ross (Court of Common Pleas, Summit County, OH, No. 1999-05-1098A) | X | | X | | | | X | |
| 10/12/2012 | OH v Brandon Swain (Court of Common Pleas, Summit County, OH, Case No. 2012-01-0145) | X | | X | | | | X | |
| 11/2/2012 | Powell v Bethpage Campground (Circuit Court of Middlesex County, VA, Case No. CL11-68) | | X | | | X | | X | |
| 11/13/2012 | Bobbie McNeill v. Officer Weaver (US District Court for the District of Maryland, Case No. WDQ-10-0029) | | X | X | | | X | | |
| 1/3/2013 | Michael R. McDonald v. Howard Moses, MD, (Circuit Court for Baltimore County, MD, Civil No. 03-c-11-011674 MM) | | X | | | X | X | | |
| 1/10/2013 | Commonwealth of Pennsylvania v. Gerard Shaffer, Jr., (First Judicial District of Pennsylvania Court of Common Pleas, CP-51-CR-0006167-2010) | X | | X | | | | X | |
| '22/2013 | Peggy T. Allison v. Danzansky-Goldberg Memorial Chapels, (Circuit Court for Montgomery County, MD, Civil Action No.: 358481-V) | | X | | | X | X | | |

4



| DATE | CASE NAME AND CAPTION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| | JONATHAN L. ARDEN, MD TESTIMONY LOG | | | | | | | | |
| | | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
| 1/25/2013 | United States v. Tarvis Leviticus Dunham, (US District Court for the Northern District of WV, Criminal No. 1:12-CR-11) | X | | X | | | | X | |
| 2/5/2013 | Eden Davis for the Estate of Christopher Davis v. Gautham Reddy, MD, et al (District Court, Clark County, NV, Case No.: A-11-646202-C) | | X | | | X | X | | |
| 2/18/2013 | Lyndsey Van Vliet, et al., v. Mark R. Abbruzzese, et al. (Circuit Court, Montgomery Co., MD, No. 363948-V) | | X | | | X | X | | |
| 3/5/2013 | Landon Evans v. Alabama Power Co., et al. (Circuit Court, Jefferson Co., AL, No. CV-CK1-291) | | X | | | X | X | | |
| 3/12/2013 | Commonwealth of Massachusetts v. Edwin Goitia (Superior Court Dept., Springfield Division, Indictment No. 10-0642-01) | X | | X | | | | X | |
| 3/19/2013 | Wanda Frances Lawrence, et al., v. Penny Rodgers, et al (Circuit Court of Cabell County, WV, Civil Action No.11-C-757) | | X | | | X | | | |
| 3/27/2013 | Lanie Workcuff C/O PIA Workcuff-Homes v. Five-Star Quality Care, Inc., C/O Legacy Heights (Charlotte, NC) | | X | | X | | | X | |
| 4/2/2013 | Estate of Simran Singh v. Roetzel & Andress, LPA (Circuit Court of Fairfax County, VA, Case No. 2012-02490) | | X | X | | | X | | |
| 4/10/2013 | Michael R. McDonald v. Howard Moses, MD, (Circuit Court for Baltimore County, MD, Civil No. 03-c-11-011674 MM) | | X | X | | | X | | |
| 4/11/2013 | State of Maryland v. Gerard J. Morgan, II (Circuit Court for Worcester County, MD, Criminal Case No. 23K12-614) | X | | X | | | | X | |
| 4/16/2013 | Commonwealth of VA v. Bradley Scott Gregory (Circuit Court for Frederick County, VA, Docket No. CR12-429 & -430) | X | | X | | | | X | |
| 5/21/2013 | Smith v. Johns Hopkins Community Physicians, Inc. (Circuit Court, Baltimore Co., MD, No. 03-C-12-8409) | | X | | | X | X | | |
| 5/28/2013 | FL v. Matthew Brooke (Ninth Judicial Circuit Court, Orange Co., FL, No. 48-2012-CF-3915-O) | X | | | | X | | X | |
| 5/30/2013 | PA v. Angel Delgado-Pabon (First Judicial District of Pennsylvania Court of Common Pleas, CP-51-CR-0011741-2011) | X | | X | | | | X | |
| 6/19/2013 | MD v. James Laboard (Circuit Court, Baltimore Co., Crim. No. 03-K-123692) | X | | X | | | | X | |
| 7/15/2013 | VT v. Norman A. Weygandt (Superior Court, Washington Unit, Criminal No. 536-5-11 Wncr) | X | | | | X | | X | |
| 8/1/2013 | HI v. Christopher Deedy (First Circuit Court, CR No. 11-1-1647) | X | | X | | | | X | |
| 8/14/2013 | OH v. Alan Aeschlimann (Court of Common Pleas, Stark Co., No. 2013CR0287) | X | | X | | | | X | |
| 8/15/2013 | PA v. Jelani Ghee (Franklin Co., No. 66-2013) | X | | X | | | | X | |
| 8/29/2013 | FL v. Micah Solomon (Fourth Judicial Circuit, No. 16-2012-4929) | X | | X | | | | X | |
| 9/3/2013 | Estate of Jimmie Sue Redden v. Bio-Medical Applications of AL, Inc. (Circuit Court of Jefferson CO., AL, No. CV 2012-901129) | | X | | | X | X | | |
| 9/11/2013 | PA v. Antonio Johnson (Court of Common Pleas, York Co., No. CR-7270-2011) | X | | X | | | | X | |
| 9/12/2013 | Piehl, et al. v. Saheta HCA (US District Court, MD, Northern Division, No. 2012-192) | | X | | | X | X | | |
| 9/24/2013 | Estate of Lisa Goodrich v. DM Rosa, MD, et.al. (Court of Common Pleas, Chester Co., PA, Civil No. 2011-06505) | | X | X | | | X | | |

5

ARDEN FORENSICS

CITY 1162

| | JONATHAN L. ARDEN, MD TESTIMONY LOG | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ATE | CASE NAME AND CAPTION | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
| | | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 10/4/2013 | Estate of Joseph L. Ruth, Jr., v. Estate of Ida Creque Ruth (Circuit Court, Prince Greorge's Co., MD, No. CAL 12-40696) | | X | | | X | | X | |
| 10/7/2013 | D. Crizer (Estate of Wilma Stinefelt), et al. v. James E. Wood, Jr., MD, et al. (Circuit Court, Baltimore City, MD, No. 24-C-12-004132 OT) | | X | | | X | X | | |
| 10/23/2013 | Estate of Joseph L. Ruth, Jr., v. Estate of Ida A. Creque Ruth (Circuit Court, Prince Georges Co., MD, No. CAL 12-40696) | | X | X | | | | X | |
| 11/5/2013 | Estate of Royce Grove v. Kristian Ulloa, MD, et al. (US District Court, District of MD, No. 12-CV-02950-WDQ) | | X | | | X | X | | |
| 11/7/2013 | Estate of Pedro Gonzalez, III v. Sgt. Olson (Star No. 1145), et al. (US District Court, Northern District of IL, No. 1:11-cv-08356) | | X | | | X | X | | |
| 11/12/2013 | US v. Cacace (US District Court, Eastern District of NY, No. 08-CR-240) | X | | X | | | | | X |
| 11/25/2013 | Estate of Jo Alice Price Hooper v. The Oaks at Town Center and United Health Services of North Carolina, Inc. (Arbitration, Wake County) | | X | | | X | X | | |
| 12/16/2013 | VA v. Ian Mills (Circuit Court, Virginia Beach, VA) | X | | X | | | | X | |
| 12/17/2013 | Trueblood v. Fuquay-Varina Health Holdings (Arbitration, Cabarrus County, North Carolina) | | X | | | X | X | | |
| 1/6/2014 | Shanks v. Richardson, et al.(Circuit Court for the City of Suffolk, VA, Law No.: CL12-963) | | X | | | X | X | | |
| 16/2014 | Estate of Jo Alice Price Hooper v. The Oaks at Town Center, LLC, et al. (Arbitration, Wake County, North Carolina) | | X | | X | | X | | |
| 1/20/2014 | Re:  Praise Martin-Oguike (Temple University Administrative Hearing, Philadelphia, PA) | | X | | X | | | X | |
| 1/23/2014 | Commonwealth v. Cara L. Rintala (Trial Court of the Commonwealth of Massachusetts Superior Court Department, Hampshire Division, Indictment No. 11-128) | X | | X | | | | X | |
| 1/30/2014 | Commonwealth v. Adam Lee Hall (Superior Court of the Commonwealth of Massachusetts, Docket No. BECR2011-00139) | X | | X | | | | X | |
| 2/5/2014 | Fl. V. Robert Shane Burnette (Circuit Court, Fourth Judicial Circuit, Nassau County, FL, Docket No.: 2012-001315) | X | | | | X | | X | |
| 2/20/2014 | IA v Daniel Baldi, DO (Iowa District Court for Polk County, No. AGCR 259613) | X | | | | X | | X | |
| 2/21/2014 | Wedemeyer, et al, v. University of Maryland Medical Systems Corporation (Circuit Court for Baltimore City, Case No. 24-C-13-04605) | | X | | | X | X | | |
| 3/13/2014 | US v James White, Jr. (United States District Court, District of MN, Docket No. Criminal 13-259 JRT/LIB) | X | | X | | | | X | |
| 3/24/2014 | Estate of Eva Eleanor Beamon Goff v. Birch LTC Group, LLC, d/b/a Willow Creek Nursing Center (North Carolina Superior Court Division, Wayne County, Case #13 CVS 1762) | | X | | | X | X | | |
| 3/26/2014 | Estate of Martin Abraham Piehl, et al., v. Narayan P. Saheta, MD (US District Court for the District of Maryland, Case No.: 1:13-cv-00254-CCB) | | X | X | | | X | | |
| 3/26/2014 | Michael R. McDonald v. Howard Moses, MD, (Circuit Court for Baltimore County, MD, Civil No. 03-c-11-011674 MM) | | X | X | | | X | | |

6



CITY 1163

| | | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| **JONATHAN L. ARDEN, MD** **TESTIMONY LOG** | | | | | | | | | |
| DATE | CASE NAME AND CAPTION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 4/2/2014 | Estate of Lomer Phillips v. Wal-Mart Stores East (Circuit Court for St. Claire County, AL, Pell City Division, Civil Action No.: CV-09-9000095) | | X | | | X | X | | |
| 4/3/2014 | Estate of Brian Jeffrey Lester v. Lowes Home Centers, Inc. (US District Court, Southern District of WV, Bluefield Division, Civil Action No. 1:13-23339) | | X | | | X | - | - | - |
| 4/28/2014 | IA v. Danel Baldi, DO (Iowa District Court for Polk County, #AGCR 259613) | X | | X | | | | X | |
| 4/30/2014 | Sarah Thrift v. Stephen Andersen (Circuit Court, Westmoreland Co., VA, No. CL11-152) | | X | X | | | X | | |
| 5/8/2014 | MD v. Timothy Brumbley (Circuit Court, Wicomico Co., No. 22-K-13-000404) | X | | | X | | | X | |
| 6/6/2014 | Estate of Christopher Davis v. Gautham Reddy, MD, et al. (District Court, Clark Co., NV, No. A-11-646202-C) | | X | X | | | X | | |
| 6/11/2014 | VA v. Raymond Nelson (Circuit Court, Stafford Co., VA) | X | | X | | | | X | |
| 6/13/2014 | FL v. Prince Sanders (Circuit Court, Duval Co., FL, No. 16-2012-CF-011781-AXXX-MA) | X | | | | X | | X | |
| 6/30/2014 | People of the State of NY v. Candace Cartagena (Erie County Court, Indictment #02841-2010) | X | | X | | | | X | |
| 7/1/2014 | Commonwealth of VA v. James Christopher Thomas (Juvenile & Domestic Relations Court for the City of Alexandria, Case # JA019304-01-02) | X | | X | | | | X | |
| 7/2/2014 | HI v. Christopher Deedy (First Circuit Court, CR No. 11-1-1647) | X | | | X | | | X | |
| 7/31/2014 | HI v. Christopher Deedy (First Circuit Court, CR No. 11-1-1647) | X | | X | | | | X | |
| 8/7/2014 | Cheryl Tipton v. Whole Health Chiropractic, Inc (Circuit Court for the City of Fredericksburg, VA, Case #CL13-972) | | X | | | X | X | | |
| 8/11/2014 | WV v Timothy Miller (Circuit Court for McDowell County, Case # 12-F-119-M) | X | | X | | | | | X |
| 8/14/2014 | NV v Michael Alan Lee (Justice's Court of Henderson Township, Count of Clark, Case No. 11FH1653X) | X | | X | | | | X | |
| 8/21/2014 | Estate of Margaret Marshall v. Naugatuck Housing Authority (Judicial District of Waterbury, CT, Docket No. CV 11 6011642 S) | | X | | | X | X | | |
| 9/2/2014 | Estate of Angela Holly McDaniel v. Douglas C. Powell, DO and Patient First Richmond Medical Group PLLC (Circuit Court, County of Chesterfield, VA, No. CL13-3216) | | X | | | X | X | | |
| 9/5/2014 | Cheryl Tipton v. Whole Health Chiropractic, Inc (Circuit Court for the City of Fredericksburg, VA, Case #CL13-972) | | X | X | | | X | | |
| 10/1/2014 | TN v. Sherry Dewitt (Criminal Court for Davidson County, TN, Case No. 2011-D-3631) | X | | X | | | | X | |
| 10/3/2014 | State of VT v Justin Bitar (Vermont District Court #II, Rutland Circuit, Docket #388-3-14 RDCR) | X | | | | X | | X | |
| 10/6/2014 | Funchion, et al v. Klingensmith, et al (Circuit Court for Calvert County, MD, Case No. 04-C-13-001443 MT) | | X | | | X | X | | |
| 10/22/2014 | Estate of Joseph Seth Williamson v. Abbott Laboratories and Hospira, Inc. (US District Court for the Western District of VA, Roanoke Division, Civil Action No. 7-13-CV-000551) | | X | | | X | X | | |
| 10/29/2014 | State of Maryland v. Moussa Sissoko (Circuit Court for Montgomery County, MD, Criminal No. 93709) | X | | | X | | X | | |
| ?/1/2014 | Estate of Marilyn Rossignol v. Levasseur-Farrell American Legion Post No. 49 (Caribou, ME) | | X | | | X | X | | |

7



| | | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | CASE NAME AND CAPTION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| | JONATHAN L. ARDEN, MD TESTIMONY LOG | | | | | | | | |
| 12/10/2014 | Estate of Margaret Marshall v. Naugatuck Housing Authority (Judicial District of Waterbury, CT, Docket No. CV 11 6011642 S) | | X | X | | | X | | |
| 12/11/2014 | United States v. John General (Superior Court of the District of Columbia, Case No. 2010 CF1 009266) | X | | X | | | | X | |
| 12/19/2014 | State of VT v Justin Bitar (Vermont District Court #II, Rutland Circuit, Docket #388-3-14 RDCR) | X | | X | | | | X | |
| 1/29/2015 | South Carolina v. Michael V. Beaty (Court of General Sessions, County of Laurens, 13-GS-30-1350) | X | | X | | | | X | |
| 2/10/2015 | Commonwealth of Pennsylvania v. Margarita Garabito (First Judicial District of Pennsylvania, Case No. CP-51-CR-0000468-2010) | X | | X | | | | X | |
| 3/9/2015 | Lacey Steen, Personal Representative of the Estate of Alice Yoke, et al. v. Brightstar Healthcare-Chesapeake, et al. (Circuit Court for Anne Arundel County, MD, Case No. 02-C-14-189618) | | X | | | X | X | | |
| 3/17/2015 | New Jersey v. Dreu Ferguson, Jr. (Superior Court, Cumberland County, Case No. 11-08-00708) | X | | X | | | | X | |
| 3/24/2015 | Stacey Grove v. State of Idaho (District Court for the Second Judicial District, County of Nez Perce, Case No. CV-12-01798) | | X | | X | | X | | |
| 4/9/2015 | Kathleen Funchion, Individually and as Personal Representative of the Estate of Michael J. Funchion v. Kenneth V. Klingensmith, Jr., et al (Circuit Court for Calvert County, MD, Case No.: 04-C-13-001443 MT) | | X | X | | | X | | |
| 4/10/2015 | MA v. Hornado (Hampden County, MA Superior Court) | X | | X | | | | X | |
| 4/15/2015 | Estate of Ronald S. Tegethoff, Sr. v. Marat Goldenberg, MD, et al (Delaware County, PA Court of Common Pleas, No. 12-9444) | | X | X | | | X | | |
| 4/23/2015 | Kimziah Morfiah, as Administratrix of the Estate of Adolphus Pinkney v. City of Philadelphia, et al. (US District Court, Eastern District of PA, No. 2:13-cv-05995) | | X | X | | | | X | |
| 5/5/2015 | Kim Julie Becker Wilkinson, Executor of the Estate of Donna Joyce Cramer v. Universal Health Care/North Raleigh, Inc. and Choice Health Management Services, Inc | | X | | | X | X | | |
| 5/22/2015 | Commonwealth of Massachusetts v. April Grandinetti (Worcester Superior Court, No. 2012WOCR00347) | X | | X | | | | X | |
| 6/1/2015 | US v Arlene J. Duncan (United States District Court, District of Minnesota, Criminal No. 14-124 (JRT/LIB)) | X | | X | | | | X | |
| 6/3/2015 | WV v Jessica Souther (Circuit Court of Jackson County, WV, 14-F-67) | X | | X | | | | | X |
| 6/4/2015 | FL v Nicholas J. Rivet (Circuit Court, Fourth Judicial District in and for Duval County, FL, Case No. 16-2013-CF-004858 AXXX) | X | | X | | | | X | |
| 6/22/2015 | Mau v Dimensions Health Corporation (Circuit Court for Prince George's County, Maryland, Case No. CAL 14-33693) | | X | | | X | X | | |
| 7/21/2015 | Courtney Linde, et al., v. Arab Bank, PLC (US District Court, Eastern District of NY, CV-04-2799 (BMC) (VVP)) | | X | | | X | X | | |



CITY 1165

# ARDEN FORENSICS

Arden Forensics, PC
1390 Chain Bridge Road #105
McLean, VA 22101

703.749.0227 office
703.563.6059 fax
jlardenmd@ardenforensics.com
www.ardenforensics.com

**Jonathan L. Arden, MD**
President

29 April 2016

Matthew Kevin Hubbard, Esq.
City of Philadelphia Law Department
One Parkway, 1515 Arch Street
Philadelphia, PA 19102-1595

<u>**Report of Consultation**</u>
<u>**Re: Joshua Taylor, et al., v. City of Philadelphia and Police Officer Larry Shields**</u>
<u>**(US District Court, Eastern District of PA, No. 2:13-cv-02241-MSG)**</u>

Dear Mr. Hubbard:

**Introduction**
I have prepared this expert witness report in accordance with the Federal Rules of Civil Procedure, Rule 26(a)(2)(B).

You have asked me to review materials and to provide consultation in the field of forensic pathology, which I have practiced for more than thirty years. After receiving my MD degree from the University of Michigan in 1980, I completed training in anatomic pathology at the New York University Medical Center (1980-1983) and in forensic pathology at the Office of the Chief Medical Examiner for the State of Maryland (1983-1984). I have been certified in both anatomic and forensic pathology by the American Board of Pathology since 1985. I am currently licensed to practice medicine in five states. I spent most of my career as a government-employed medical examiner, including nine years with the Office of Chief Medical Examiner for the City of New York where I finished as First Deputy Chief Medical Examiner, and more than five years as the Chief Medical Examiner of Washington, DC. I am currently President of Arden Forensics, PC, a consulting practice in forensic pathology and medicine, and I hold a part-time appointment as a Forensic Pathologist in the Office of the Chief Medical Examiner for the State of West Virginia. My complete curriculum vitae, including a list of my publications, is attached.

I have testified as an expert witness in various state and federal courts, as well as in grand juries and depositions, a total of more than 800 times. A log of my testimonial appearances for the past four years is attached.

My fees are $500.00 per hour for review of materials and consultation, and $4,000.00 per day for court testimony. My full fee schedule is attached. My fees are not contingent upon the outcome of any case in which I consult.

One area of required and routine expertise within forensic pathology is injury interpretation, which may include determination of the type, mechanism of causation or age of injuries, as well


EXHIBIT
D-7

Re: Taylor v. Philadelphia and Shields, Report of Dr. Arden, 4/29/2016

as assessing patterns and effects of injuries.  This expertise also pertains to the assessment of injuries in living people, which may be accomplished by methods including the review of medical records, photographs and radiologic imaging studies, and by examination of tissue samples.  I have offered expert opinions previously at trial regarding non-fatal injuries.

**Materials Reviewed**
I have reviewed the following materials regarding the above-captioned case:
  - Philadelphia Police Department Internal Affairs Division (IAD) Report, No. PS #11-30, including photographs;
  - Notes of Testimony, Trial of PA v. Joshua Taylor, CP-51-CR-0011565-2011, Court of Common Pleas, First Judicial District, PA;
  - Transcript of Deposition of PO Larry Shields, 8/19/2015;
  - Medical records of Joshua Taylor from Aria Health;
  - Radiological imaging studies of Joshua Taylor form Aria Health, especially CT scan of chest of 5/4/2011;
  - Medical records of Joshua Taylor from:
      - Advanced Diagnostics;
      - Disston Chiropractic and Rehabilitation;
      - Frankford Medical and Pain Management;
      - Mental Health Associates;
      - Rothman Institute;
      - Northeast Philadelphia Vascular Surgeons;
      - Oana Vlad, MD;
  - Plaintiffs' Complaint; and
  - Defendants' Answer and Affirmative Defenses to Plaintiffs' Complaint.

I have also relied upon my education, training and experience as a physician, forensic pathologist and a medical examiner.

**Brief Case Synopsis and Issue to be Addressed**
On 4/25/2011, Joshua Taylor, then a 23 year old man, was shot by off-duty Philadelphia Police Officer Larry Shields.  The accounts of the shooting given by Mr. Taylor and Officer Shields differ substantially.  This consultation will address the forensic medical evidence as it relates to the different scenarios offered for the shooting, namely whether that evidence is consistent or inconsistent with each.  Therefore, this summary of the circumstances will be limited largely to the details pertinent to that analysis.  In short, Mr. Taylor was walking on the sidewalk between two houses (his and that of a neighbor) carrying a handgun.  Officer Shields, who was engaged in personal activities outdoors, witnessed Mr. Taylor carrying the handgun, and attempted to intervene.  Mr. Taylor ran into his own house through the front door.  Officer Shields followed him to, or just through, the front door.  Here, the two accounts diverge, as follows:

  - Mr. Taylor said that he tripped and fell on his belly as he ran into his living room, dropping the gun and coming to rest laying on the floor. He said that he rolled over with one elbow on the floor, and then Officer Shields (who was standing in the doorway) shot him once.
  - Officer Shields said that he chased Mr. Taylor, who entered his house through the front door.  Officer Shields said that he entered the front door to find Mr. Taylor standing in the living room pointing the gun at him, so he shot him once from an approximate distance of 15 feet (*per* his IAD statement) or 10 – 20 feet (*per* his deposition testimony).

2

Re: Taylor v. Philadelphia and Shields, Report of Dr. Arden, 4/29/2016

Mr. Taylor was transported by private vehicle to the emergency department; after he was stabilized, he was then transferred to another hospital for a higher level of trauma care (both hospitals being part of Aria Health).  Radiological imaging studies were done in both hospitals, including chest radiographs ("X-rays") in the first, and a chest CT scan in the second, which variously demonstrated aspects of the gunshot wound injuries, the location of the projectile, and effects of surgical treatment.  The entrance gunshot wound was approximately at the xyphoid process, which is the small segment at the bottom of the sternum (i.e., breast bone).  The bullet followed a course primarily through the liver, with the bullet coming to rest in the lower right, and slightly rear, area of the ribcage.

**Analysis and Opinions**
The trajectory of a gunshot wound is the directionality of the course that the wound path takes within or through the body.  The trajectory of the wound permits determination of the relative positioning between the gun and the "target" when the gun was fired, because the gun must be pointed at the location of the entrance wound, and must be aimed in a direction such that the angle of the path of the bullet (which travels in a straight line) follows the trajectory of the known wound.  I shall apply such analysis to the gunshot wound to Mr. Taylor by comparing the two different scenarios offered, to determine their consistency with the trajectory of his gunshot wound.

The trajectory of the gunshot wound to Mr. Taylor can be reasonably ascertained by the information contained in the medical records and by the imaging studies.  (Regarding the latter source of information, I have relied upon the chest CT scan of 5/4/2011, which demonstrates the area of the entrance wound, the location of the bullet, and many of the intervening injuries. The earlier plain chest radiographs taken in the first hospital may also be valuable, but have not yet been provided for my review.)  The bullet entered approximately at his xyphoid, which is the front surface of the body, and came to rest in his right-rear ribcage, at a level slightly lower (i.e., closer to the feet) than the entrance point, so the trajectory was backward, to the right, and downward, relative to his body.  (For consistency of description and communication in forensic pathology, wound trajectories are described relative to the body of the injured or deceased person, who is assumed to be in "normal anatomical position," which is the person facing the observer, standing upright with the arms at his side and palms forward.  In that construct, the directions of the three planes necessary to depict a trajectory in three dimensions are: right or left, front or back, and up or down.  Note that in normal anatomic position, "up" is toward the head, and "down" is toward the feet.)  Of greatest significance to this analysis is that one component of the gunshot trajectory in Mr. Taylor was downward. Using the CT scan, the amount of downward travel ranges from approximately 1.6 inches to approximately 2.75 inches, with most measurements centered at about 2 – 2.25 inches.

The other factors to consider in the analysis of the wound trajectory relative to the different accounts of the shooting include the distances between the gun and Mr. Taylor, the approximate height of the gun from the ground, how the gun was aimed, and especially for Mr. Taylor's account, the depth (front-to-back) of his torso, and the height above the floor and angulation relative to the floor of the front of his torso, in the position he described when he was shot.  Based on my general knowledge of dimensions of human bodies derived from autopsies and examinations, and more specifically measurements of the depth of Mr. Taylor's body as shown on the CT scan, his torso was approximately 10 inches deep in the area of the gunshot wound.  Making estimates by laying on the floor and raising up on one or both elbows, the front surface at the xyphoid will elevate approximately two additional inches, and the front surface of the torso will only angulate slightly from the horizontal, on the order of approximately 25°. Officer Shields offered estimates of the distance when he fired of 10 – 20 feet, or of 15 feet; this

Re: Taylor v. Philadelphia and Shields, Report of Dr. Arden, 4/29/2016

analysis will use both 10 and 15 feet distances. (The same analysis using 20 feet only magnifies the effects of the relative positionings, so that would also be consistent with the ultimate conclusion expressed below, and therefore is not presented separately.) I have assumed that Officer Shields had his gun in a typical shooting stance, namely close to or slightly below shoulder height, for which I have used four feet. (I performed the same analysis with the gun at three feet height, which only magnifies the effects of the angulation as presented below. Since this leads to the same ultimate conclusions, that analysis is not presented here.)

Using the parameters listed above, I constructed a scale schematic diagram of a side-view of the shooting scenario as offered by Mr. Taylor, showing the paths of the bullets if fired from four feet high at distances of 10 and 15 feet, toward a target surface which itself was 12 inches above the ground and angulated at 25° off the horizontal, simulating the front of Mr. Taylor's torso if he had propped himself up on an elbow. Under these circumstances, the bullet trajectories were angled upward relative to the body, which is directly opposite of the definitely downward vertical component of the actual gunshot wound trajectory in Mr. Taylor's body. In short, the geometry of the shooting scenario offered by Mr. Taylor is inconsistent with the objective medical evidence of his gunshot wound. In fact, an informal, common sense approach to this scenario yields the same result, namely that in the shooting scenario described by Mr. Taylor, it seems evident that the bullet trajectory would be upward in the body. Both by the common sense approach and by manipulating the factors in the scale diagram, the target surface of the front of the body would have to be sitting up at nearly a 90° angle in order to create a downward trajectory of the gunshot wound. This, too, is contrary to the descriptions of the shooting given by Mr. Taylor.

Conversely, the account given by Officer Shields is consistent with the known downward trajectory of the gunshot wound to Mr. Taylor. If Officer Shields were standing upright, approximately 15 feet away with his gun at approximately four feet above the floor, and he aimed the gun at the center of the body of Mr. Taylor, with a very slight downward angulation of the gun the resultant trajectory would be slightly downward, as was found in Mr. Taylor. In addition, if Mr. Taylor were leaning slightly forward (i.e., toward Officer Shields), then a nearly horizontal shot (i.e., parallel to the floor) would have a slight downward trajectory relative to the body. (The slight downward trajectory is also generally consistent with the gun held at a slightly lower height, especially if Mr. Taylor was leaning slightly forward.)

**Conclusion**
All opinions are expressed with reasonable medical certainty. I reserve the right to amend any statements or opinions if presented with additional significant information, as well as the right to rebut opinions expressed within my areas of expertise.

Yours truly,
Arden Forensics, PC

By: Jonathan L. Arden, MD
    President

4

# Taylor v. Philadelphia and PO Shields

## Gunshot Trajectory Demonstrative

Jonathan L. Arden, MD

4/28/2016



Taylor v. Philadelphia: Mr. Taylor's Shooting Scenario
Trajectories of Gunshots from 10 & 15 feet Distances
Dr. Arden, 4/28/2016

Taylor v. Philadelphia: Mr. Taylor's Shooting Scenario
Upward Trajectories of Gunshots from 10 & 15 ft with Body in Normal Anatomical Position
Dr. Arden, 4/28/2016

