IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TAYLOR, ET AL., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:13-cv-02241-DS |
| | : | |
| POLICE OFFICER LARRY SHIELDS,, | : | |
| Defendant. | : | **JURY TRIAL DEMANDED** |
| | : | |

## DEFENDANT'S AMENDED PRETRIAL MEMORANDUM

Defendant, Police Officer Larry Shields, by and through his attorney, Matthew Kevin Hubbard, hereby submits this amendment to his Pretrial Memorandum (ECF Doc. #69), amending Section VII thereof by adding the following objection:

15. Defendant objects to Exhibits P-24 – P-25 and any testimony thereon, relating to disciplinary action taken against Officer Shields for the April 25, 2011 shooting. Officer Shields was not disciplined for violating the deadly force policy. He was disciplined for violating the off-duty policy based on the opinions of the Firearms Discharge Review Board, the Police Board of Inquiry and the Commissioner's concurrence. Furthermore, as pointed out in Defendant's response to Plaintiff's motion *in limine* regarding reference to the decision of the District Attorney to not prosecute Officer Shields and any law opinion by police investigators or prosecutors (ECF Doc. #55 at 2), failure to follow a police directive or policy does not conclusively establish a violation of a person's civil rights. (FRE 401, not relevant; FRE 403, danger of unfair prejudice, misleading the jury, or confusing the issue.)

Respectfully submitted,

BY:  /s/ *Matthew K. Hubbard*
MATTHEW KEVIN HUBBARD
Senior Attorney
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)
Dated:  October 19, 2016                matthew.hubbard@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TAYLOR, ET AL., | : | |
|     Plaintiffs, | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 2:13-cv-02241-DS |
| | : | |
| POLICE OFFICER LARRY SHIELDS,, | : | |
|     Defendant. | : | **JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing Defendant's Amended Pretrial Memorandum and it is available for viewing and downloading to counsel for the plaintiffs.

    /s/ *Matthew K. Hubbard*
MATTHEW KEVIN HUBBARD
Senior Attorney
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5391 (direct dial)
(215) 683-5397 (fax)

Dated:   October 19, 2016    matthew.hubbard@phila.gov