# Mark B. Frost & Associates
TRIAL & APPELLATE ATTORNEYS
_____

1515 MARKET STREET • SUITE 1300 • PHILADELPHIA, PA 19102-1929

| | | |
|---|---|---|
| MARK B. FROST<br>RYAN LOCKMAN*<br>*MEMBER PA AND NJ BARS | **T:** 215-351-3333<br>**F:** 215-351-3332<br>rlockman@mfrostlaw.com | NJ LAW OFFICE<br>33 PLYMOUTH ST., STE. 202A<br>MONTCLAIR, NJ 07042<br>T: 973-509-8500<br>F: 973-509-1770 |

December 29, 2016

**VIA ECF**
The Honorable David R. Strawbridge
Eastern District of Pennsylvania
Courtroom 3H
601 Market Street
Philadelphia, PA 19103

      RE:    Joshua Taylor v. Larry Shields, et. al.,
                  Civil Docket No.: 2:13-cv-2241

Dear Judge Strawbridge:

I write briefly to seek leave to address one issue raised in Defendant's response to Plaintiff's post-trial motion, specifically regarding the ordering of transcripts, as follows:

Opposing counsel asserts that Plaintiff's counsel has not ordered any trial transcripts; this is not accurate. As attached, Plaintiff has in fact submitted a transcript purchase order, dated December 19, 2016, to the EDPA transcript office. See Exhibit A. Further, on December 22, 2016, after the EDPA transcript office received the transcript order and reached out to me via phone, I submitted an amended transcript order – at the request of the transcript office – to clarify what transcripts were being requested, via email to Connie Flores of the transcript office. See, Exhibit B. Lastly, we of course ordered pertinent portions of the transcript prior to filing the post-trial motion, specifically Dr. Arden's voir dire, and attached same to Plaintiff's post-trial motion.

Thank you for Your Honor's continued attention to these matters.

                                              **MARK B. FROST & ASSOCIATES**

                                              /s/ Ryan Lockman
                                              RYAN LOCKMAN, ESQUIRE
                                              Counsel for Plaintiffs

      CC: Kevin Hubbard (via ecf)

# EXHIBIT "A"

# Mark B. Frost & Associates

TRIAL & APPELLATE ATTORNEYS

1515 MARKET STREET • SUITE 1300 • PHILADELPHIA, PA 19102-1929

| | | |
|---|---|---|
| MARK B. FROST<br>RYAN LOCKMAN*<br>*MEMBER PA AND NJ BARS | T: 215-351-3333<br>F: 215-351-3332<br>rlockman@mfrostlaw.com | NJ LAW OFFICE<br>33 PLYMOUTH ST., STE. 202A<br>MONTCLAIR, NJ 07042<br>T: 973-509-8500<br>F: 973-509-1770 |

December 19, 2016

**VIA FEDEX**
Attn: David Hayes
Eastern District of Pennsylvania
Room 2609
601 Market Street
Philadelphia, PA 19103

      **RE:**    **Joshua Taylor v. Larry Shields**
                  **Civil Docket No.: 2:13-cv-2241**

Dear Mr. Hayes:

Please find enclosed a request for trial transcripts in the above-captioned matter.

Please let me know if you have any questions. Thank you.

                                        MARK B. FROST & ASSOCIATES

                                        RYAN LOCKMAN, ESQUIRE
                                        Counsel for Plaintiff

Encl.

| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1. NAME<br>Ryan Lockman | 2. PHONE NUMBER<br>2153513333 | 3. DATE<br>12/19/16 |
|---|---|---|
| 4. MAILING ADDRESS<br>1515 Market St, ste 1300 | 5. CITY<br>Philadelphia | 6. STATE  7. ZIP CODE<br>PA     19102 |
| 8. CASE NUMBER<br>13-2241 | 9. JUDGE<br>Strawbridge | DATES OF PROCEEDINGS<br>10. FROM 11/1/16  11. TO 11/7/16 |
| 12. CASE NAME<br>Taylor v. Shields | | LOCATION OF PROCEEDINGS<br>13. CITY Philadelphia  14. STATE PA |

**15. ORDER FOR**
- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| [ ] SENTENCING | | All Trial | 11/1/16 to 11/7/16 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | /s/ | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 19. DATE | 12/19/16 | PROCESSED BY | |
| | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

AO 435  
(Rev. 04/11)

# INSTRUCTIONS

## GENERAL

**Use.** Use this form to order the transcription of proceedings. Complete a separate order form for each case number for which transcripts are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Submitting to the Court.** Submit the form in the format required by the court.

**Deposit Fee.** The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.** The court will notify you when the transcript is completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19.   These items should always be completed.
Item 8.       Only one case number may be listed per order.
Item 15.      Place an "X" in each box that applies.
Item 16.      Place an "X" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed.
Item 17.      *Categories.* There are six (6) categories of transcripts which may be ordered. These are:
   *Ordinary*. A transcript to be delivered within thirty (30) calendar days after receipt of an order. (Order is considered received upon receipt of the deposit.)
   *14-Day*. A transcript to be delivered within fourteen (14) calendar days after receipt of an order.
   *Expedited*. A transcript to be delivered within seven (7) calendar days after receipt of an order.
   *Daily*. A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.
   *Hourly*. A transcript of proceedings ordered under unusual circumstances to be delivered within two (2) hours.
   *Realtime*. A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

              *Ordering.* Place an "X" in each box that applies. Indicate the number of additional copies ordered.
                 *Original*. Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court.
                 *First Copy*. First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.
                 *Additional Copies*. All other copies of the transcript ordered by the same party.
Item 18.      Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)
Item 19.      Enter the date of signing.

Shaded Area.  Reserved for the court's use.

# EXHIBIT "B"

## rlockman@mfrostlaw.com

| | |
|---|---|
| **From:** | rlockman@mfrostlaw.com |
| **Sent:** | Thursday, December 22, 2016 10:02 AM |
| **To:** | 'connie_flores@paed.uscourts.gov' |
| **Cc:** | 'Ryan Lockman' |
| **Subject:** | Taylor v. Shields |
| **Attachments:** | doc00422520161222100324.pdf |

Connie:

Per our conversation today, please find enclosed an amended transcript purchase Order. Per our conversation, I checked the specific boxes I wanted, and kept the "all trial" request that I had written on the original transcript purchase form.

Let me know if this suffices.

Thanks,

Ryan

Ryan Lockman, Esq.
MARK B. FROST & ASSOCIATES
1515 Market Street, Suite 1300
Philadelphia, PA 19102
t: (215) 351-3333
f: (215) 351-3332
RLockman@MFrostLaw.com

| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | Amended TRANSCRIPT ORDER | DUE DATE: |

| 1. NAME Ryan Lockman | 2. PHONE NUMBER 2153573333 | 3. DATE 12/28/16 |
|---|---|---|
| 4. MAILING ADDRESS 1515 Market St, ste 1300 | 5. CITY Philadelphia | 6. STATE PA   7. ZIP CODE 19102 |
| 8. CASE NUMBER 13-2241 | 9. JUDGE Strawbridge | DATES OF PROCEEDINGS |
|  |  | 10. FROM 11/1/16   11. TO 11/7/16 |
| 12. CASE NAME Taylor v. Shields | | LOCATION OF PROCEEDINGS |
|  |  | 13. CITY Philadelphia   14. STATE PA |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [X] VOIR DIRE | 11/1 - 11/7/16 | [X] TESTIMONY (Specify Witness) All witnesses | 11/1 - 11/4/16 |
| [X] OPENING STATEMENT (Plaintiff) | | | |
| [X] OPENING STATEMENT (Defendant) | | | |
| [X] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | 10/24, 10/20/16 |
| [X] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | | [X] OTHER (Specify) All Trial | 11/1/16 to 11/7/16 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE /s/ | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| | PROCESSED BY | |
| 19. DATE 12/22/16 | PHONE NUMBER | |

TRANSCRIPT TO BE PREPARED BY                                     COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY