IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TAYLOR, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 13-2241 |
| | : | |
| POLICE OFFICER LARRY SHIELDS, | : | |
| Defendant | : | |

**ORDER**

AND NOW, on this 19th day of June, 2017, upon consideration of extensive briefing by the parties (*see* Doc. Nos. 95, 98, 112, 113, 118, and 119) and oral argument before the Court on May 15, 2017, and for the reasons set out in a Memorandum Opinion to follow, **IT IS HEREBY ORDERED** that Plaintiff's Motion for New Trial (Doc. No. 95) is **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE