AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| JOSHUA TAYLOR<br>v.<br>POLICE OFFICER LARRY SHIELDS | ) ) ) ) ) Case No.: 2:13-cv-02241-DS |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __11/08/2016__ against __PLAINTIFF__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 0.00 |
| Fees for service of summons and subpoena ................................................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,239.13 |
| Fees and disbursements for printing ......................................................... | |
| Fees for witnesses *(itemize on page two)* .................................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................................. | 352.80 |
| Docket fees under 28 U.S.C. 1923 ............................................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals .............................................. | 0.00 |
| Compensation of court-appointed experts .................................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ............................................................... | 0.00 |
| **TOTAL** | **$ 1,591.93** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service      ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney:  /s/ Matthew K. Hubbard   *[signature]*

Name of Attorney: Matthew Kevin Hubbard, Esquire

For:  POLICE OFFICER LARRY SHIELDS                    Date: 07/10/2017
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*              *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA TAYLOR, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:13-cv-02241-DS |
| | : | |
| POLICE OFFICER LARRY SHIELDS, | : | |
| Defendant. | : | |

## ITEMIZATION OF COSTS

As the prevailing party in this matter, Defendant, by and through the undersigned counsel, hereby file this itemization of costs as part of his Bill of Costs. The allowable costs incurred by Defendant in this litigation are:

1. Deposition of Dr. Brian Raditz
   (see attached Degnan & Bateman Invoice #00094695)     $ 337.61
2. Deposition of Mary Thompson
   (see attached Degnan & Bateman Invoice #00094693)     $ 280.02
3. Deposition of Larry Shields
   (see attached Degnan & Bateman Invoice #00093654)     $ 380.95
4. Deposition of Larry Shields
   (see attached Farrell Invoice #10859)     $ 240.55
5. Trial exhibits and binders (4)
   (see attached The MCS Group, Inc. Invoice #22797001)     $ 352.80

TOTAL COSTS     **$1,591.93**

Respectfully Submitted:


*/s/ Matthew K. Hubbard*
Matthew Kevin Hubbard
Senior Attorney
City of Philadelphia Law Department
Attorney for Defendant

Dated: July 10, 2017

# DEGNAN & BATEMAN
*CERTIFIED COURT REPORTERS*
*215 FRIES MILL ROAD, SUITE 102*
*TURNERSVILLE, NJ 08012*
*PHONE: (856) 232-7400 \*\*\* FAX: (856) 232-7412*
*IRS ID# 22-1954429*

MATTHEW HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
LAW DEPARTMENT
ONE PARKWAY BLDG, 14TH FLOOR
1515 ARCH STREET
PHILADELPHIA, PA 19102-1595

November 7, 2016

**Invoice#** 00094695

**Balance:** $337.61

**Re:** TAYLOR V. SHIELDS
MARION STATION, PA
*on* 10/31/16  *Billed* 11/07/16
*by* CP / VIDEO DEPOSITION

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| TRANSCRIPT OF DR. BRIAN RADITZ, 1CC, 62PGS | 274.66 |
| COPY OF DVD          \*\*\*EXPEDITED\*\*\* | 50.00 |
| POSTAGE AND HANDLING | 12.95 |
| (DEFT) | |

*[handwritten: 11-21-16, Matthew K. Hubbard, Client: Police, File #: 57519 & 57519B]*

1.25% per month on unpaid balance

**P l e a s e   R e m i t   - - ->   Total Due:   $337.61**

*Thank you, we appreciate your business.*
*jbateman@degnanandbateman.com*

# DEGNAN & BATEMAN

*CERTIFIED COURT REPORTERS*
*215 FRIES MILL ROAD, SUITE 102*
*TURNERSVILLE, NJ 08012*
*PHONE: (856) 232-7400   \*\*\*   FAX: (856) 232-7412*
*IRS ID# 22-1954429*

MATTHEW HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
LAW DEPARTMENT
ONE PARKWAY BLDG, 14TH FLOOR
1515 ARCH STREET
PHILADELPHIA, PA 19102-1595

November 7, 2016

**Invoice#** 00094693

**Balance:**   $280.02

**Re:** TAYLOR V. SHIELDS
  PHILADELPHIA, PA
  *on* 10/28/16  *Billed* 11/07/16
  *by* CP / VIDEO DEPOSITION

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| TRANSCRIPT OF MARY THOMPSON, 1CC, 49PGS | 217.07 |
| \*\*EXPEDITED\*\* | |
| COPY OF DVD | 50.00 |
| POSTAGE AND HANDLING | 12.95 |
| (DEFT) | |

*[handwritten: 11-21-16, Matthew K. Hubbard, Client: Police, File#: 57519 / 57519B]*

1.25% per month on unpaid balance

**P l e a s e   R e m i t   - - ->**   Total Due:   $280.02

*Thank you, we appreciate your business.*
*jbateman@degnanandbateman.com*

# DEGNAN & BATEMAN

*CERTIFIED COURT REPORTERS*
*215 FRIES MILL ROAD, SUITE 102*
*TURNERSVILLE, NJ 08012*
*PHONE: (856) 232-7400   \*\*\*   FAX: (856) 232-7412*
*IRS ID# 22-1954429*

MATTHEW HUBBARD, ESQUIRE
CITY OF PHILADELPHIA
LAW DEPARTMENT
ONE PARKWAY BLDG, 14TH FLOOR
1515 ARCH STREET
PHILADELPHIA, PA  19102-1595

February  8, 2016

**Invoice#** 00093654

**Balance:**    $380.95

**Re:** TAYLOR V. SHIELDS ET AL
       PHILA, PA
       *on 01/22/16   Billed 02/08/16*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| TRANSCRIPT OF LARRY SHIELDS, 1CC, 90PGS | 256.50 |
| EXHIBITS, 131PGS | 124.45 |

POSTAGE AND HANDLING

(DEFT)

*2-12-16*
*Matthew K. Hubbard*
*Client: Police*
*File#: 57519-B*

UPS

1.25% per month on unpaid balance

        **P l e a s e   R e m i t   - - - >**   Total Due:    $380.95

*Thank you, we appreciate your business.*
*jbateman@degnanandbateman.com*



# Invoice

**413 CHESWYCK DRIVE**
**HARLEYSVILLE, PA 19438**
215-513-7278
email: reporter@farrellreporting.com
www.farrellreporting.com

| Date | Invoice # |
|---|---|
| 8/24/2015 | 10859 |

City of Philadelphia Law Department
1515 Arch St., 14th Floor
One Parkway Bldg. Suite 1400
Philadelphia, PA 19102

Fed. I.D. #11-3769261

| Reporter | Terms | Due Date |
|---|---|---|
| Chase | Net 30 | 9/23/2015 |

| Date of Service | Pages | CASE | Page Rate | Amount |
|---|---|---|---|---|
| 8/19/2015 | 87 | Deposition transcript - Deposition transcript of Police Officer Larry Shields<br><br>Joshua Taylor Vs Police Office Larry Shields, et al<br><br>Shipping & Handling<br><br>Delivered to Matthew Kevin Hubbard, Esquire | 2.65<br><br><br><br><br>10.00 | 230.55<br><br><br><br><br>10.00 |

*Handwritten:* 8-26-15 Matthew K. Hubbard Client: Police File #: 57519-B

*Thank you for the opportunity to be of service to you, we look forward to servicing you in the future*

**Total** $240.55

**1601 Market Street**
**Philadelphia, PA 19103**

**The MCS Group, Inc.**

IRS NO. 23-2146815

| REFER TO INVOICE NUMBER |
|---|
| 22797001 |

| DATE ORDERED | RECORDS PERTAIN TO | COPIES ORDERED | TYPE OF REQUEST |
|---|---|---|---|
| 10/19/2016 | JOB#C128135 | 1 | * SEE BELOW |
| DATE COMPLETED | RECORDS LOCATION | PAGES | ORDER NO. |
| 10/31/2016 | CITY OF PHILADELPHIA | 0 | 22797-L 1-C 0 |

DOL:00/00/0000 OTHER

Payment Due: 11/30/2016
Return Invoice with Check Payable to: **MCS**

Requested By:
F/HUBBA963
MATTHEW KEVIN HUBBARD
1515 ARCH STREET
FLOOR 15
PHILADELPHIA       PA 19102
(215) 683-5439

CASE: JOSHUA TAYLOR
-vs- NA

File No.:
57519B

Bill To:
0076841

CITY OF PHILADELPHIA LAW DEPT
MATTHEW K. HUBBARD
1515 ARCH STREET
14TH FLOOR
PHILADELPHIA       PA  19102

Claim No.:
57519B

| DESCRIPTION | QTY | UNIT | AMOUNT |
|---|---|---|---|
| 3 RING BINDERS -3" | 4 | 17.00 | 68.00 |
| AUTO FEED/STRAIGHT (3000+ | 1388 | .10 | 138.80 |
| COLOR REPRO - 8.5X11 | 132 | 1.00 | 132.00 |
| EXHIBIT TABS | 40 | .35 | 14.00 |

11-21-16
Matthew K. Hubbard
Client: Police
File #: 57519 / 57519L 

SUB TOTAL     352.80
TAX             0.00
============
AMOUNT DUE    352.80

**BILLING INQUIRIES ONLY:  (215) 246-0900**
1 BINDER COPY X4

................................. PLEASE DETACH .................................

| Invoice # |
|---|
| 22797001 |
| Account # |
| 0076841 |
| Invoice Date |
| 10/31/2016 |
| Amount Due |
| $   352.80 |
| Payment Due Date |
| 11/30/2016 |

The MCS Group, Inc.
1601 Market Street
Suite 800
Philadelphia, PA 19103

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSHUA TAYLOR, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:13-cv-02241-DS |
| | : | |
| POLICE OFFICER LARRY SHIELDS, | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Defendants' Bill of Costs and attachments were served upon counsel for the plaintiff's attorneys via the Court's ECF system.

/s/ Matthew K. Hubbard
MATTHEW KEVIN HUBBARD
Senior Attorney
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595

Dated: July 10, 2017